FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
4:31 pm, Jun 01 2021
CLERK'S OFFICE
AT BALTIMORE
BY <u>KN</u>, DEPUTY CLERK

ZAM# 2020R00902

*H.E.E. 5.17.2017*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO.** RDB 21-cr-196 |
| v. | * | |
| | * | (False Statements, 18 U.S.C. § 1001(a)(2)) |
| **SIDHARTHA KUMAR MATHUR** | * | |
| | * | |
| Defendant | * | |
| | * | |

*******

## **INFORMATION**
(False Statements)

The United States Attorney for the District of Maryland charges that:

On or about December 11, 2020, in the District of Maryland, the defendant,

**SIDHARTHA KUMAR MATHUR,**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive and legislative branches of the Government of the United States, by telling the United States Capitol Police that he did not transmit a threat of violence to and against a Member of Congress through the Member of Congress's official Congressional website. The statements and representations were false because, as **MATHUR** then and there knew, on or about December 10, 2020, **MATHUR** used his iPhone to submit a threatening message to the webmail submission form on a Member of Congress's official Congressional website.

18 U.S.C. § 1001(a)(2)

*Jonathan F. Lenzner*/ZAM
_____
JONATHAN F. LENZNER
ACTING UNITED STATES ATTORNEY

Date: May 17, 2021