IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. |
| | : | |
| SIDHARTHA KUMAR MATHUR | : | |
| | : | |
| Defendant. | : | |

..ooOoo..

## WAIVER OF INDICTMENT

I, **SIDHARTHA KUMAR MATHUR**, the above-named defendant, having been charged by criminal Information with False Statements, in violation of 18 U.S.C. § 1001(a)(2), and having been advised of the nature of the charges, the proposed information, and my rights, hereby waive in open Court on 05/25, 2021, prosecution by grand jury indictment and consent that the case against me proceed by information rather than by indictment.

_____
Sidhartha Kumar Mathur
Defendant

_____
Nicholas G. Madiou, Esq.
Michael E. Lawlor, Esq.
Counsel for Defendant

BEFORE

_____
Honorable
United States District Judge