## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **vs.** | * | **Case No.: 21-cr-196-RDB** |
| **SIDHARTHA KUMAR MATHUR** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT MOTION FOR APPROPRIATE RELIEF

The defendant, Sidhartha Mathur ("Mr. Mathur"), by and through his attorney Nicholas G. Madiou, and Brennan, McKenna & Lawlor, Chartered, hereby files this consent motion for appropriate relief in the above-captioned case. In this motion, Mr. Mathur requests that this Honorable Court order the Clerk's Office for the United States District Court for the District of Maryland to photocopy and provide a copy of Mr. Mathur's U.S. passport to undersigned counsel via electronic mail. In support of this request, counsel state as follows:

1.      On December 21, 2020, the United States of America charged Mr. Mathur by criminal complaint with various offenses. *See* ECF Dkt. No. 1.

2.      Mr. Mathur made his initial appearance and was released on pre-trial supervision.

3.      Following his release on conditions, Mr. Mathur turned in his U.S. Passport to the Clerk's Office of the United State District Court for the District of Maryland.

4.      On June 10, 2021, Mr. Mathur appeared before this Honorable Court and pleaded guilty pursuant to a written plea agreement to making False Statements, pursuant to 18 U.S.C. § 1001(a)(2). Sentencing is currently scheduled for September 9, 2021.

5.      At this time, in preparation for sentencing, the undersigned counsel seeks access to Mr. Mathur's U.S. passport which is in the custody of the Clerk's Office of the United State

District Court for the District of Maryland. For this reasons, the undersigned respectfully asks this Court to order the Clerk's Office for the United States District Court for the District of Maryland to photocopy and provide a copy of Mr. Mathur's U.S. passport to undersigned counsel via electronic mail.

5.    Assistant United States Attorney, Zachary A. Myers, consents to the relief sought in this motion.

**WHEREFORE**, the defendant, Sidhartha Mathur, through his counsel, respectfully requests that this Honorable Court grant this Consent Motion for Appropriate Relief by:

A.    Ordering the Clerk's Office for the United States District Court for the District of Maryland to photocopy and provide a copy of Mr. Mathur's U.S. passport to counsel for the Defendant via electronic mail.

B.    And for such other and further relief as to this Court may seem just and reasonable.

Respectfully submitted:

*Nicholas G. Madiou*

July 22, 2021

_____
Nicholas G. Madiou
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044 (telephone number)
nmadiou@brennanmckenna.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of July, 2021, a true and accurate copy of the foregoing Defendant's Consent Motion for Appropriate Relief was filed via the CM/ECF filing system and notice of such filing was served upon all parties of record.

*Nicholas G. Madiou*

_____
Nicholas G. Madiou