IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No.: 21-cr-00196 RDB |
| SIDHARTHA KUMAR MATHUR | * | |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## WAIVER OF IN COURT APPEARANCE

I, **Sidhartha Kumar Mathur**, hereby waive my appearance to physically appear in Court for my upcoming sentencing. I understand that the hearing will be held virtually. I have discussed the matter with my attorneys and I voluntarily agree to a virtual sentencing on September 9, 2021 at 2:30 p.m.

Date: 09/03/2021

Signature: *Sid Mathur*
Sidhartha Kumar Mathur