1            IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF MARYLAND

3                     NORTHERN DIVISION

4

5   UNITED STATES OF AMERICA,      ) CRIMINAL
                                   ) NO. RDB-21-196
6            Plaintiff,            )
                                   )
7   v.                            )
                                   )
8   SIDHARTHA KUMAR MATHUR,        )
                                   )
9            Defendant.            )

10        TRANSCRIPT OF SENTENCING PROCEEDINGS - VIA ZOOM
              BEFORE THE HONORABLE RICHARD D. BENNETT
11               UNITED STATES DISTRICT JUDGE
             THURSDAY, SEPTEMBER 9, 2021; 2:30 P.M.
12                    BALTIMORE, MARYLAND

13  FOR THE PLAINTIFF:

14          OFFICE OF THE UNITED STATES ATTORNEY
            BY:  ZACHARY A. MYERS, ESQUIRE
15          36 S. Charles Street
            Suite 400
16          Baltimore, Maryland  21201
            (410) 209-4800
17
    FOR THE DEFENDANT:
18
            BRENNAN, McKENNA & LAWLOR, CHARTERED
19          BY:  NICHOLAS G. MADIOU, ESQUIRE
            6305 Ivy Lane
20          Suite 700
            Greenbelt, Maryland  20770
21          (301) 474-0044

22

23  OFFICIAL COURT REPORTER:
    Renee A. Ewing, RPR, RMR, CRR - (301) 344-3227
24
      ***COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES***

25

1          THE DEPUTY CLERK:  Good afternoon, Your Honor.  Can

2     you hear me all right?

3          THE COURT:  Yes.  I certainly can.  Good afternoon,

4     Brian.

5          THE DEPUTY CLERK:  Good afternoon.  The United States

6     District Court for the District of Maryland is now in session.

7     The Honorable Richard D. Bennett presiding.

8          THE COURT:  Good afternoon, everyone.  This is

9     calling the case of *United States vs. Sidhartha Mathur*,

10    Criminal No. RDB-21-0196.  The defendant pled guilty before me

11    to a one-count criminal information charging him with making

12    false statements to federal government agents in violation of

13    18, United States Code, Section 1001.

14         We are proceeding here today for sentencing consistent

15    with the parameters of the Coronavirus Aid, Relief, and

16    Economic Security Act, better known as the CARES Act, that was

17    passed by the U.S. Congress late last year in the year of 2020

18    authorizing, in the face of the COVID-19 pandemic, authorizing

19    the use of video teleconferencing or teleconferencing for

20    felony guilty pleas or sentencings.

21         And consistent with the parameters of that Act, there is

22    a waiver of court appearance by counsel, by Mr. Mathur, and I

23    have a Paper No. 37 that was filed on September the 7th, on

24    Tuesday of this week, waiving Mr. Mathur's court appearance.

25    He is not in custody.  And we are proceeding by way of Zoom.

1   And consistent with the requirements of the Protect Act, I

2   specifically note that this proceeding to be held today cannot

3   be further delayed without serious harm to the interests of

4   justice for the reasons that in-person proceedings in this

5   court still remain dangerous and difficult to schedule because

6   of space and staffing limitations and there could be a

7   significant delay in holding this proceeding, and it is in the

8   interests of the defendant for us to proceed here by way of

9   Zoom.

10          Having said that, if counsel will identify themselves for

11   the record, please.

12          MR. MYERS:  Thank you, Your Honor.  Assistant United

13   States Attorney Zachary Myers here on behalf of the government,

14   along with Special Agent Tucker Kleitsch of the United States

15   Capitol Police.

16          THE COURT:  Yes, Mr. Myers.  Nice to see you.  And

17   also Agent Kleitsch, nice to have you here, sir, from -- you

18   are an officer of the Capitol Hill Police.  Is that right?

19          AGENT KLEITSCH:  Yes, Your Honor.

20          THE COURT:  All right.  It's nice to have you here as

21   well.

22          And on behalf of the defendant?

23          MR. MADIOU:  Good afternoon, Your Honor.  Nicholas

24   Madiou on behalf of Mr. Mathur, appearing virtually.

25          THE COURT:  Yes, Mr. Madiou.  Nice to see you.  And

1   you are privately retained?

2        MR. MADIOU:  In this case, yes.  Thank you very much,

3   Your Honor.

4        THE COURT:  Nice to have you here.  Mr. Mathur, good

5   afternoon to you, sir.

6        THE DEFENDANT:  Good afternoon, Your Honor.

7        THE COURT:  Am I correctly pronouncing your name,

8   sir?  It is Mathur, correct?

9        THE DEFENDANT:  It is Mathur.

10        THE COURT:  That's fine.  I will make a note of that.

11   I apologize.

12        THE DEFENDANT:  That's okay.

13        THE COURT:  Mr. Mathur, you, as I have said, pled

14   guilty before me back on June the 10th of this year, and the

15   plea agreement was entered at the time of the -- the plea

16   agreement was entered as Government Exhibit 1 at the time of

17   the guilty plea, and paragraph 9 of that plea agreement

18   reflected that your counsel and the government would make a

19   joint recommendation of a two-year period of probation.

20        As I indicated to you at that time, that plea was not

21   entered under what is known as Rule 11(c)(1)(C) of the Federal

22   Rules of Criminal Procedure whereby the government and the

23   defendant reach a formal agreement as to a sentence, and I

24   emphasized to you at that time that I would certainly take the

25   joint recommendation into consideration, but that it was not a

1   -- a 11(c)(1)(C) plea.

2        Do you recall my explaining that to you back in June?

3              THE DEFENDANT:  Yes, Your Honor.

4              THE COURT:  Is that correct from the point of view of

5   the government, Mr. Myers?

6              MR. MYERS:  Yes, it is, Your Honor.

7              THE COURT:  Correct from your point of view,

8   Mr. Madiou?

9              MR. MADIOU:  It is, Your Honor.

10             THE COURT:  And with that, I would also note that

11  this charge of a false statement to the U.S. Capitol Police

12  relates to a threat to a member of United States Congress.  And

13  I gather, Mr. Myers, there has been a notice to that victim

14  with respect to these proceedings.  Is that correct?

15             MR. MYERS:  Yes, Your Honor.  And the victim is with

16  us today and prepared to make a victim impact statement at the

17  appropriate time.

18             THE COURT:  All right.  And so there will be a

19  statement from the member of Congress.  Is that right?

20             MR. MYERS:  Yes, Your Honor.

21             THE COURT:  All right.  Hold on just one second,

22  please.  Not that you needed to, but I am just verifying here

23  -- no, you did.  Both sides filed a sentencing memorandum.  I

24  did not get -- with the sentencing memorandum, I did not get a

25  statement from the member of Congress with your filing.  There

1   has not been any filing of the statement from the member of

2   Congress, has there, Mr. Myers?

3          MR. MYERS:  That's correct, Your Honor.  There has

4   not been a written victim impact statement.

5          THE COURT:  I will just make a note here.  All right.

6   So, with that, I think we are ready to proceed.

7          Also consistent with the plea agreement, which was

8   introduced as Government Exhibit 1 back in June, both the

9   government and the defendant waive appeal of any lawful

10  sentence within the lawful parameters.

11          Correct from the point of view of the government,

12  Mr. Myers?

13          MR. MYERS:  Yes, Your Honor.

14          THE COURT:  Correct from your point of view,

15  Mr. Madiou?

16          MR. MADIOU:  Yes, Your Honor.

17          THE COURT:  All right.  So, with that, I think that

18  we are ready to proceed.

19          I want to verify, Mr. Mathur, that you have had an

20  opportunity to review the presentence investigation report with

21  your attorney, with Mr. Madiou?

22          Mr. Madiou, am I pronouncing your name correctly?

23          MR. MADIOU:  Yes, Your Honor.  Madiou.

24          THE COURT:  Have you had occasion to review the

25  presentence investigation report with Mr. Madiou, Mr. Mathur?

1          THE DEFENDANT:  Yes, Your Honor, I have.

2          THE COURT:  And are you satisfied that you have had a

3   sufficient amount of time to go over it with him?

4          THE DEFENDANT:  Yes, Your Honor.

5          THE COURT:  And there are no corrections or

6   objections by the government.  Is that correct, Mr. Myers?

7          MR. MYERS:  Yes, it is, Your Honor.

8          THE COURT:  And with respect to any corrections or

9   objections by the defense, Mr. Madiou, there were just two

10   minor objections that reflected in your Paper No. 36 that was

11   filed on August the 26th as to the fact that the defendant

12   defines himself as being Asian American, and that should be

13   that change in paragraph 3, or page 3, rather.

14          And I meant to notice earlier, we have with us U.S.

15   Probation Officer Natalie Vallandingham, and you are sitting in

16   for Ms. Nikki Martin.  Is that correct, Ms. Vallandingham?

17          PROBATION OFFICER VALLANDINGHAM:  Good afternoon,

18   Your Honor.  It is.

19          THE COURT:  It is nice to see you.

20          We also have with us a court reporter, Renee Ewing.

21   Ms. Ewing, nice to see you.  I am not sure if you have worked

22   with me before.  If I go too quickly, put your hand up.  Nice

23   to have you here.

24          So page 3, Ms. Vallandingham, will be changed so that I

25   think he chooses to be identified as Asian American as opposed

1  to American Indian or Alaskan Native.

2       Can you make that change?

3            PROBATION OFFICER VALLANDINGHAM:  Yes, Your Honor.

4            THE COURT:  Mr. Madiou, is that good from your point

5  of view?

6            MR. MADIOU:  On that point, yes, Your Honor.  There

7  is one other --

8            THE COURT:  That is correct, Mr. Mathur, from your

9  point of view?  That's how you choose to be identified.  Is

10 that correct?

11           THE DEFENDANT:  Yes, Your Honor.  That's fine.

12 That's how I choose to be defined.

13           THE COURT:  And then the only other change I know of

14 is paragraph 42 of the presentence investigation report, and

15 with respect to his educational background, he -- the defendant

16 graduated from the University of North Carolina at Chapel Hill

17 in 2009 with a Bachelor of Science degree in business

18 management, and there is a correction of the major.  Is that

19 correct, Mr. Madiou?  Mr. Madiou, is there a correction there

20 as well?

21           MR. MADIOU:  Yes, Your Honor.

22           THE COURT:  And what should it state?

23           MR. MADIOU:  It should state that Mr. Mathur

24 graduated from the University of North Carolina Gillings School

25 of Global Public Health and Health Policy and Management.

1          THE COURT:  And is that the University of North

2    Carolina located in Chapel Hill?

3          MR. MADIOU:  Yes.

4          THE COURT:  Okay.  Did you get that,

5    Ms. Vallandingham, in terms of that change?

6          PROBATION OFFICER VALLANDINGHAM:  Yes, I did.  Thank

7    you.

8          THE COURT:  And if you will make that change.

9        Are there any other changes or objections, Mr. Madiou?

10         MR. MADIOU:  No, Your Honor.  Thank you very much.

11         THE COURT:  All right.  So, with that, we are ready

12   to proceed here.

13       Let me just go over the process this afternoon,

14   Mr. Mathur, with respect to the imposition of sentence in this

15   case.  There are two key opinions the United States Supreme

16   Court issued in the past 11-and-a-half years that outline the

17   process for sentencing in federal court, and I know that I went

18   over this with you back in June, but I will go over it with you

19   again.

20       First of all, those two cases -- the first of those two

21   cases was a case of *United States vs. Booker* decided in January

22   of 2005 in which the United States Supreme Court upheld the

23   constitutionality of the federal sentencing guidelines which

24   were referenced in paragraph 5 of your plea agreement letter

25   which was introduced as Government Exhibit 1 back on June the

1   10th.  But the Supreme Court -- and these are also referenced

2   in the presentence investigation report -- but the government

3   -- the Court upheld the constitutionality of the federal

4   sentencing guidelines with the deletion of two particular

5   sections of the guidelines which it previously rendered the

6   guidelines mandatory.

7        The Supreme Court specifically noted that with the

8   deletion of those provisions, a balance of the federal

9   sentencing guidelines was constitutional.  And the Court noted

10  that as a result of the deletion of those mandatory provisions,

11  the balance of the guidelines was constitutional.  But as a

12  result of its opinion, the guidelines were rendered effectively

13  advisory and were to be applied in an advisory context, which

14  means, Mr. Mathur, that the -- this Court, while not bound to

15  apply the guidelines, must still consult those guidelines and

16  take them into account when imposing a sentence subject to

17  review by Courts of Appeals for unreasonableness.

18       So there are other factors I will consider as well here

19  today in terms of the appropriate disposition under 18, United

20  States Code, Section 3553(a).  They include your personal

21  history and characteristics, the nature and circumstances of

22  the offense, sentences imposed upon similarly-situated

23  individuals.  All those factors are to be considered as well

24  when I impose the sentence here today.

25       I said there were two key opinions of the United States

1    Supreme Court that outline the process for sentencing in

2    federal court, and the second of those two opinions, a case of

3    *Gall vs. United States*, decided about three years after the

4    *Booker* case, in December of 2007, the Supreme Court

5    specifically noted that federal judges should not presume that

6    the guideline range is reasonable, but it is a starting point

7    in a multi-step process.  Pursuant to which first, there was a

8    calculation of the advisory guideline range as to which there

9    will be no dispute here today apparently, and then to consider

10   other factors apart from the guidelines under that statute that

11   I just mentioned, the goal being to impose a sentence which is

12   sufficient, but not greater than necessary, to achieve the

13   goals of sentencing.  And both you and your attorney will be

14   given the opportunity to address the Court, as well as

15   government counsel.  So that will be the process here.

16          Going over a few more housekeeping matters.  With respect

17   to any medication, I note that paragraph 39 of the presentence

18   investigation report notes certain medication that you have

19   been prescribed, and that includes Adderall.  Is that correct,

20   Mr. Mathur?

21               THE DEFENDANT:  Yes, Your Honor.  That is correct.

22               THE COURT:  All right.  And what other medication do

23   you take besides Adderall?

24               THE DEFENDANT:  Vyvanse.  I take that in the morning.

25               THE COURT:  That's spelled V-Y-V-A-N-S-E.

1        Any other medication besides Vyvanse and Adderall?

2               THE DEFENDANT:  No, Your Honor.

3               THE COURT:  Did you take that medication today?

4               THE DEFENDANT:  I did, Your Honor.

5               THE COURT:  Okay.  And what time did you take it?

6               THE DEFENDANT:  I took it about, let's see, about

7    three hours ago.  I believe the time I took it was 12:28 p.m.

8               THE COURT:  Is that having any negative effect upon

9    you having taken the medications some two, two-and-a-half hours

10   ago?

11              THE DEFENDANT:  No, Your Honor.  It is not.

12              THE COURT:  And Mr. Madiou, you have been working

13   with your client on this matter for a while.

14       Are you satisfied he's competent to proceed with

15   sentencing here today?

16              MR. MADIOU:  I am, Your Honor.

17              THE COURT:  The other thing I want to go over with

18   you, Mr. Mathur, are the procedures required by the Protect Act

19   of 2003, which is a law that was passed by the U.S. Congress in

20   that year.  And among the many protections of the Protect Act,

21   there are provisions with respect to federal courts when

22   imposing sentences in federal criminal cases.

23       Specifically, the Protect Act requires that the chief

24   judge of each federal court in the United States -- now, this

25   applies to federal courts, not state courts -- the law requires

that the chief judge of each federal court in the United States
ensure that within 30 days of the imposition of sentence, that
certain documents go over to the U.S. Sentencing Commission in
Washington.

Those documents include the judgment and commitment
order, which I will be preparing immediately after these
proceedings with the assistance of Mr. Ulander, the deputy
clerk of court, the statement of reasons for the sentence
imposed, which shall include the reason for any departures from
the otherwise applicable guideline range, a copy of the plea
agreement in the case, which was introduced as Government
Exhibit 1 back in June, the one-count criminal information here
will be provided, as well as the presentence report and any
other information the Sentencing Commission finds appropriate.

And the chief judge of this court, back in 2003, issued
an administrative order directing Ms. Vallandingham's office,
the U.S. Probation Office, to forward these documents to the
U.S. Sentencing Commission in Washington.

That means, Mr. Mathur, that some of these documents are
subject to review by other public officials over in Washington
or perhaps even by members of the public.  And for a long
period of time, it has been the policy here in this court that
there is a section in the presentence investigation report
marked "defendant characteristics" containing confidential
family information, names of relatives, a summary of medical

1   conditions.  All that kind of information is in the presentence

2   investigation report, and that is marked as Part C.  And

3   pursuant to an administrative order dating back to 2004, as

4   recently revised 2015, that section of the presentence report

5   containing confidential family information will be sealed.

6        Here, in your case, Part C begins at paragraph 31 on page

7   7 and goes over through paragraph 47 on page 9.  That portion,

8   I have reviewed it, another judge of this court could review it

9   if he or she so chose, not have, and members of the U.S.

10  Sentencing Commission in Washington can review it, but no one

11  else is permitted to see it absent further order of this Court.

12       Do you understand that, Mr. Mathur?

13            THE DEFENDANT:  Yes, Your Honor.  I understand.

14            THE COURT:  To all other extents, the requirements of

15  the Protect Act are still mandated and to be complied with.

16       Now, I said the first step here is to review the official

17  guideline calculation by Ms. Martin, the U.S. probation

18  officer, and that calculation is set forth on page 6.  There is

19  a base offense level for this offense of a false statement to a

20  federal agent.  There is a two-level downward adjustment for

21  your acceptance of responsibility.  There is a total offense

22  level of 10, which is exactly as was anticipated in the plea

23  agreement letter of May 17 of this year, which was introduced

24  as Government Exhibit No. 1 on June the 10th.

25       As to any criminal history, you have no prior criminal

1  record of any kind at all, so that with a total offense level

2  of 10, criminal history category of I, you face a potential of

3  a six- to 12-month prison sentence, but you are also eligible

4  for probation here.  And I understand the joint recommendation

5  is, pursuant to paragraph 9, will be a period of two years of

6  probation, and I will certainly consider that recommendation.

7        There are no other disputed matters that I am aware of.

8  Correct, Mr. Myers?

9          MR. MYERS:  Yes, Your Honor.  Just with the

10 clarification that I know the Court already understands that

11 the base offense level of 12 is derived from not the normally

12 applicable 2B1.1 but the cross-reference to the 2A6.1 because

13 the underlying offense is, in fact, the making the threatening

14 communications to a government official.

15          THE COURT:  Yes.  A threat to an official of the

16 government, that's correct.

17       Mr. Madiou, have I correctly summarized that from your

18 point of view?  There are no other disputed matters, are there,

19 or there are no disputed matters?

20          MR. MADIOU:  No, Your Honor.  I think you have

21 accurately summarized it all.  I agree with Mr. Myers'

22 assessment of how the guidelines play out.  This is a joint

23 recommendation of two years of probation.  I think the only

24 thing that we are arguing over, if you will, is whether or not

25 this Court should impose, as a condition of that probation, a

1  period of six months of house arrest.

2        THE COURT:  Right.  There is no agreement as to

3  whether or not there should be house arrest or not.

4        MR. MADIOU:  Correct.

5        THE COURT:  So, with that, I think we are ready to

6  proceed.

7     I will be glad to hear from you, Mr. Myers, now, if you

8  can state who is on the record here, the member of Congress who

9  will be making a statement here.

10        MR. MYERS:  Well, Your Honor, I will leave it to the

11  victim to decide if he wants to identify himself on the record.

12  The member of Congress is here, present, and I will defer to

13  the Court or to him as to whether you'd like to hear from him

14  or me first.

15        THE COURT:  I'd rather hear from him first and then I

16  will hear from you in allocution.  I will be glad to hear from

17  the member of Congress.  I think, for a matter of public

18  record, it would be useful if he identifies himself, but that's

19  strictly up to the member of Congress on that.  But I will be

20  glad -- I think it's probably important, as a matter of public

21  record, that that be indicated.

22     Who is the member of Congress?  And I believe I see him

23  on the screen.  I believe I can identify him, but I will be

24  glad for him to identify himself.

25        CONGRESSMAN HARRIS:  Thank you, Your Honor.  I am

1   Congressman Andy Harris, and this threat was made against me

2   and my family.

3         THE COURT:  Yes, Congressman Harris.  It's nice to

4   see you.  The record should reflect that Congressman Harris and

5   I have met each other before socially and know each other.

6         Is there anything else you want to note, Congressman

7   Harris, besides the threat that was -- the record will reflect

8   that there was a voicemail threat as to Congressman Harris and

9   his members of his family as to which Mr. Mathur responded to

10  government agents, but then he lied about web mail that was

11  sent, and so the nature of this offense is a false statement, a

12  false statement in that regard.

13        But anything else you want to add on this, Congressman

14  Harris, I will be glad to hear from you.

15        CONGRESSMAN HARRIS:  Yes.  Thank you very much, Your

16  Honor.  I would.  I will be very brief.

17        You know, my parents, like many Americans, you know,

18  escaped countries where it was acceptable to threaten political

19  opponents.  But threatening political opponents, especially

20  with deadly violence, should never be allowed in America.  And

21  enforcement of that principle is I think what is going to occur

22  today.

23        The only second thing I have to say is that, you know, I

24  am in an elected office.  I expect threats like this may occur

25  especially in the current toxic political environment.  That

1  certainly doesn't make it right.

2      But threatening a family and children is particularly

3  wrong.  And in this case, the result of that threat was that my

4  wife and my children were basically imprisoned in their home

5  for a while.  When they went out, they felt bad about going

6  out.  They didn't know what was going to happen.  This was a

7  threat of deadly violence, and, you know, that -- they are

8  victims just as much as I am.  And, you know, on their behalf,

9  I would suggest that the Court take that into consideration.

10  The result of this action was, in fact, practical imprisonment

11  for my family.  And I just hope that that's reflected by the

12  Court.

13      That's all I have to say.  Again, Your Honor, thank you

14  very much for handling this.  I want to thank the Capitol

15  Police and the investigating services of the U.S. Attorney's

16  Office for dealing with this threat.  And thank you.

17          THE COURT:  Yes.  Thank you very much, Congressman

18  Harris.  And I will certainly take those remarks to heart in

19  terms of the seriousness of this offense.

20      And so, with that, I will be glad to hear from you,

21  Mr. Myers, in terms of allocution on behalf of the government.

22  The government has -- it's urged that there be a two-year

23  period of probation but that it would include six months of

24  home detention and 100 hours of community service.  I know

25  there is -- there is an agreement by Mr. Madiou with respect to

1  the two years of probation but not an agreement as to home

2  detention or 100 hours of community service.

3  So, with that, I will be glad to hear from you,

4  Mr. Myers.

5  MR. MYERS:  Thank you, Your Honor.  And everything

6  you summarized is exactly correct.  You know, I think that

7  nothing speaks better to the 3553(a) factor of the nature and

8  seriousness of the offense than what you heard from the victim

9  in this case, that not only was this multiple, you know,

10  violence, really explicit, awful threats to do deadly violence

11  to a member of Congress, his family, to attack the staffers in

12  his office who have done nothing but chosen a life of public

13  service, and to do all of this in furtherance of purported

14  concern about the democratic system.

15  But as the victim noted, there is nothing less democratic

16  than believing that the appropriate way to influence the

17  actions of public officials is through violence and felonious

18  threats.

19  And I think that especially in today's political climate,

20  and as set forth in the government's sentencing memo, it is

21  very important for the defendant and for the public at large to

22  be deterred from any more of this conduct.  You know, it makes

23  me sad as an American to hear the victim say that he expects

24  these kinds of threats as a member of Congress, because while

25  certainly he has chosen to put himself in a position of public

1  service, that shouldn't come with a choice to subject yourself

2  and your family to threats of death that limit your freedom of

3  movement in the world, and certainly, you know, having your

4  children afraid of what might happen to them because someone

5  disagrees with a public servant politically.  That is not how

6  the United States is supposed to operate.

7      And I think that it's very important to send a message to

8  the defendant and to the public that people who do choose to

9  engage in the political realm in a criminal way, as opposed to

10  all the many opportunities that as Americans we are lucky to

11  have to lawfully make our voices heard, influence the

12  government, whether it's, you know, making yourself heard to

13  your representatives or participating in the electoral process,

14  you know, there is all these things that we can do.

15      And, you know, the defendant chose to do one of the most

16  important things for us not to do.  And, you know, I think, in

17  some ways, it's perverse for, you know, the defendant to have

18  stated to the Capitol Police that he did so because of his

19  concern about sort of the democracy and its health because, you

20  know, I think no actions could be further from supporting that.

21      And I think because of that, and looking at the other

22  3553(a) factors, you know, I think one of the things that was

23  weighing in the government's analysis in agreeing to jointly

24  recommend a guidelines sentence is that the defendant does not

25  have any prior criminal history.  In fact, and we sort of

1  looked pretty extensively, were unable to find any other

2  similar contact either, you know, through contact to members of

3  Congress or the information we obtained from his devices and

4  electronic accounts.  We have no indication that the defendant,

5  other than for a few minutes on December 10th, engaged in this

6  kind of conduct.

7       And, you know, because it happened multiple times, then

8  he lied about it the next day, you know, the abhorrent conduct

9  departure I don't think applies.  But, you know, I do think, in

10  weighing the 3553(a) factors for an appropriate sentence, that,

11  you know, there is some weight that should be applied to the

12  fact that the defendant has not had prior contact with the

13  criminal justice system, or, you know, there is not evidence of

14  other, you know, criminal offenses even if they hadn't been

15  charged.

16       I would also note that the 3553(a) factors counsel us to

17  consider the need to avoid unwarranted disparities, and in this

18  case, we have had previously in this Court, and I believe

19  before Your Honor, a case that was actually, you know, quite

20  similar in terms of an individual who made threats to a member

21  of Congress relating to the member of Congress' official

22  actions.  And that offender who was I think briefly

23  incarcerated at his initial charging was sentenced to two years

24  of supervised release, including six months of home detention.

25       Now, as Your Honor --

1          THE COURT:  He was sentenced -- as I recall, he was

2   sentenced to time served.  There was a period of time he had

3   already served in prison.

4          MR. MYERS:  That's correct, Your Honor.

5          THE COURT:  I think that was -- yes, if I am not

6   mistaken, that was the matter of a time-served sentence and

7   then additional time, so there was time in jail spent by him.

8          MR. MYERS:  That's correct, Your Honor.  I believe

9   that time was measured in days, but, you know, I would have to

10  check the record again to be sure, but my understanding is it

11  was a brief period of incarceration at the outset of the case.

12         THE COURT:  That was, I think, the *Varnum* case,

13  V-A-R-N-U-M.

14         MR. MYERS:  That's correct, Your Honor.

15         THE COURT:  Yeah.

16         MR. MYERS:  And I think that the -- the two

17  approaches for looking at the unwarranted, you know, the need

18  to avoid unwarranted disparities are both looking at similar

19  cases, including ones that are so similar and happened in the

20  same court, but also looking at the sentencing guidelines,

21  which are crafted in part to sort of reduce, as the Court is

22  well aware, unwarranted disparities.

23         And here, where the offense level is in Zone B given the

24  defendant's criminal history, you know, the -- the six- to

25  12-month advisory sentence, the Commission has stated can be

1   served as incarceration or as a period of home detention.

2       So I think it's actually really important to impose that

3   six months of home detention both because, you know, converting

4   that imprisonment in Zone B to A to instead home detention is

5   -- is sort of contemplated by the guidelines, and also because

6   I think that there is an important increased sanction in terms

7   of that limiting of your freedom by sort of home incarceration

8   without the same sort of burden to the public in terms of the

9   Bureau of Prisons, but still, you know, making the defendant,

10  you know, feel, you know, some of the -- the just punishment

11  for the offense he chose to engage in.

12      And I think that's particularly warranted given how, you

13  know, the -- the congressman, you know, informed the Court that

14  his family was essentially subject to home detention themselves

15  as a result of the -- the fear and concern created by the

16  defendant's conduct.

17      So I think that that sanction under the 3553(a) factors

18  is appropriate and is, you know, sufficient but no more than

19  necessary to achieve the goals of federal sentencing law and

20  policy.

21      I also think that it's important in a sentence like this

22  that is non-custodial that a period of community service also

23  be imposed.  The defendant has, you know, previously engaged in

24  public service and has shown, you know, an interest in his

25  community, and I think that having him make essentially

1  reparations to the community as a whole for his criminal

2  conduct through community service I think is also appropriate

3  under the 3553(a) factors.

4       So I think that in consideration of the factors and the

5  defendant's background and all the -- and all the arguments set

6  forth in the government's sentencing memoranda, the government

7  would ask the Court to impose a sentence of two years

8  probation, with six months of that being served on home

9  detention, as well as 100 hours of community service as

10 approved by the supervising probation officer.

11      Thank you, Your Honor.

12      THE COURT:  Thank you very much, Mr. Myers.  And I

13 would certainly hope that when the sentence is imposed here, it

14 really isn't within the province of the Court generally, this

15 may or may not be covered by the media, but I think it's very

16 important for the U.S. Attorney's Office to follow up this

17 prosecution with the appropriate public notice of the penalty

18 imposed in terms of the seriousness of this.  And I will leave

19 that to your good devices, but this should not just be an

20 anonymous thing that's buried somewhere in the court docket.

21 This is a very significant matter here, and I think it should

22 be treated as such.

23      MR. MYERS:  That's correct, Your Honor.  And I do

24 believe that informing the public of a defendant's wrongful

25 conduct, both the public at large and the defendant's immediate

1   community, also has a further punishment and a further

2   deterrent effect under the 3553(a) factors, so I think that's a

3   very, you know, wise counsel from the Court.

4          THE COURT:  Thank you very much, Mr. Myers.

5          Now, with that, I recognize Mr. Madiou for remarks on

6   behalf of the defendant, and then I will give the opportunity

7   -- the defendant an opportunity to speak on his own behalf.

8          Mr. Madiou, I have read your sentencing memorandum, Paper

9   No. 34, which has been placed under seal, as well as the

10  exhibits that include letters from his friends and family

11  members.  I have read the letter from his father, the

12  defendant's mother, his sister, friend, Larry Wysoll

13  [phonetic], friend, Lindsay Holmes, Kaitlyn Adkins, Steph

14  McFarland, Jordan McLean.  I have read all of those letters

15  that have been submitted to the Court as exhibits under

16  Document No. 34, and I will be glad to hear from you now,

17  Mr. Madiou.

18         MR. MADIOU:  Your Honor, thank you very much for the

19  opportunity.

20         As I noted before, Your Honor, the government and the

21  defense come forth with a joint recommendation of two years

22  probation as a sentence that is sufficient, but not greater

23  than necessary.  On this distinction, on this difference where

24  we, you know, the government is asking for six months of house

25  arrest and we are asking the Court not to impose that, I first

1   want to just address a few things.

2       Very little of what Mr. Myers just said and certainly

3   everything that Congressman Harris said today is something

4   that, you know, we agree with wholeheartedly, and Mr. Mathur is

5   going to have an opportunity to address the Court after I speak

6   to Your Honor, and I know he wants to take that opportunity.

7       What's interesting about this case, Your Honor, is, you

8   know, never have I had a client whose history and

9   characteristics have been so polar opposite to the offense

10  conduct.  And when I talk about the history and characteristics

11  of Mr. Mathur and the nature and circumstances of the offense,

12  in no way am I trying to minimize the conduct that took place

13  in this case.

14      I have had the opportunity over the last nine months to

15  meet with Mr. Mathur and his loving family for a tremendous

16  amount of time, and I can tell the Court that his acceptance of

17  responsibility, his genuine remorse is real.

18      Before I go into my argument, and I know the Court has

19  had an opportunity to review my sentencing memorandum, I did

20  want to address one thing that was not addressed in my

21  memorandum, and that is this comparison to the *Varnum* case as a

22  reason for this Court to impose a six-month period of home

23  incarceration.

24      For me, Your Honor, I believe the distinctions between

25  this case and the *Varnum* case really demonstrate that that

1  six-month period is greater than necessary in this case.  And

2  here is why, Your Honor.  The *Varnum* case dealt with an

3  individual whose, I think, behavior was spiralling out of

4  control to the point where a loved one had to call the police.

5  There was a level of intoxication, firearms in the home, and

6  just characteristics of that case that are just absolutely

7  absent from this case.

8       Mr. Mathur, and Mr. Myers just said, you know, went

9  through essentially his entire life being scrutinized by the

10 federal government.  And in the words of Mr. Myers, these few

11 minutes of his life in early December of 2020 reflect his only

12 brief period of his time where he even came close to criminal

13 conduct.  And, unfortunately, the seriousness of that conduct

14 has -- has landed him here before Your Honor, and he is going

15 to have to deal with the consequences of that conduct for the

16 rest of his life as a convicted felon.  There has already been

17 a significant amount of press on this case thus far, and it

18 comes with that a level of embarrassment.

19      And so, Your Honor, just briefly, I know this Court well

20 and I know the Court is going to do what it thinks is

21 appropriate in this case.  I just wanted to make those

22 distinctions between our case and the *Varnum* case because it

23 was not addressed in my sentencing memorandum.

24      But back to Your -- to Your Honor, when I was speaking

25 about the history and characteristics of Mr. Mathur and the

1  offense conduct in this case, I can think of no other case in
2  my career where the distinction between those two are greater.
3  Mr. Mathur's life, 35 years up until this point, is the
4  antithesis of his conduct for those few minutes on December
5  10th.

6      His conduct is serious.  It's also aberrational.  And it
7  came at a point in American history I think is going to be
8  remembered as one of the darkest times in American history
9  where Americans on both sides of the political aisle, the
10  electorate as a whole, had their passions enflamed from really
11  every level.  And, unfortunately, Mr. Mathur, you know, like
12  all human beings, is fallible.

13      And that's why individualized sentencing in federal
14  courts is the standard because this Court has the ability to
15  not only view the offense conduct in this case, which, again,
16  is serious, but it's fleeting.  There was absolutely no intent
17  on Mr. Mathur to make good on any of these threats.  And we
18  recognize that that doesn't change anything for the congressman
19  or his family.  The effect on them was still real.

20      But it's also important that there was absolutely no
21  indication, and I can tell the Court, through, and this Court
22  knows, the thoroughness of this investigation, there was no
23  stone unturned.  There is just absolutely no history of
24  violence or threats or anything like this.  For those few
25  minutes in Mr. Mathur's life, he erred and he erred greatly,

1   and he's taking the consequences, I think, in stride and with

2   humility and a genuine sense of responsibility and remorse for

3   the congressman, for the congressman's family, but for -- also

4   for the community at large and the United States of America.

5        This is a person who has set out his entire life to do

6   well, and his life reflects that.  He hit every milestone that

7   we would hope our children would do in terms of social life and

8   his education.  He went on for higher education.  He served the

9   country in the United States Census Bureau.  This is someone

10  whose heart is pure.

11       And coming before the Court with absolutely no criminal

12  record, no contact with criminal justice at all, I can tell the

13  Court that now being a convicted felon is a tremendous

14  punishment for Mr. Mathur, and the punishment, along with the

15  embarrassment, I think serves the deterrent effect, not only

16  personal deterrence but general deterrence as well.

17       Mr. Mathur's response to this case I think is one where,

18  you know, we had hoped that every criminal defendant takes this

19  seriously from the moment he's confronted.  And he admitted to

20  his conduct, essentially 95 percent of his conduct when he was

21  interviewed by agents.  He lied, which is why he pled guilty to

22  a false statement, Your Honor.  But, again, it shows the sort

23  of fallibility of human beings in general and this person in

24  particular.  And I think if there was an explanation for it,

25  it's that fight or flight moment.  This person has never been

1    in this state, and he lied.  There is no excuse for that.  He's

2    pled guilty to that.  He accepts responsibility for that.

3          But when he was released in late December of 2020, he set

4    out with conditions that did not include home electronic

5    monitoring.  It did not include house arrest.  And he's done

6    exceedingly well.  He's abided by all conditions.  There has

7    been absolutely no issues.  He formally accepted responsibility

8    before Your Honor.

9          And, you know, I am not going to go into too much detail

10   because I think it's addressed pretty thoroughly in my

11   sentencing memoranda, but Mr. Mathur comes before the Court

12   with a history of mental health issues that he is taking

13   extremely seriously by seeing an individualized therapist and

14   seeing a psychologist regularly, taking his medication, really,

15   really taking this time over the last nine months to reflect

16   and use this lowest point of his life as a springboard to

17   propel him on the path that he was in.

18         You know, he's been succeeding in life for 35 years with

19   no whiff of falling off that path, and, unfortunately, again, I

20   am repeating myself, but the fallibility of human beings has

21   sort of never been better highlighted with Mr. Mathur's case.

22         So I ask the Court to reflect and take into consideration

23   who he is, where he comes from, and how he's responded to this

24   case over the last nine months.

25         As the Court noted, he has what many of my clients do not

1   have, and that is the support of incredibly loving and

2   supportive family.  But not only that, it goes beyond to his

3   greater community, really, the letters reflect that individuals

4   from all walks of life, individuals from all times in his life,

5   and they all say a lot of the same sentiments: that this is a

6   man who is remorseful; he is a good, kindhearted man.  The

7   offense conduct in this case just simply does not reflect that

8   nature.

9          And for those reasons, Your Honor, we ask the Court to

10  impose the jointly recommended sentence of two years of

11  probation.  I know I am repeating myself, I think the six

12  months house arrest, especially given the fact that he's been

13  on nine months of supervised release, is greater than

14  necessary.

15         And with this, Your Honor, I know that Mr. Mathur intends

16  to address the Court, so with this, I submit, and I ask the

17  Court to impose a period of two years of probation without the

18  imposition of six months of house arrest, and I will let

19  Mr. Mathur have the last word, Your Honor.

20         Thank you very much.

21         THE COURT:  Thank you very much, Mr. Madiou.

22         And with that, I now personally address you, Mr. Mathur,

23  and determine if you wish to make a statement and give you the

24  opportunity to speak on your own behalf.  I have read your

25  letter that was attached also to Mr. Madiou's submission, and I

1   have read your letter that -- yes, I have read your letter that

2   was filed August the 26th.  I will be glad to hear from you.

3          THE DEFENDANT:  Thank you, Your Honor.  Thank you for

4   the time to speak.

5          These last nine months have provided me with the

6   opportunity to reflect on my actions, and I truly believe that

7   I have grown immensely as a result.  Specifically, I have

8   immersed myself into the teachings of Krishna, Jesus Christ,

9   and the Buddha.

10          One thing that I have realized is that I want to

11   contribute to being an antidote to the root dysfunction that is

12   going on in the world outside.  I have noticed, for example,

13   that an antidote to fear is understanding and love.  In a world

14   filled with polarization, I strive to be a unifying force.  I

15   have become even more conscious of my commitment to being

16   radically kind and have devoted myself to understanding other

17   world views and defining a win-win with all things in

18   existence.  Ultimately, Your Honor, I am deeply sorry and

19   remorseful for what happened, and I look forward to continuing

20   to learn and grow.

21          Thank you, Your Honor.

22          THE COURT:  Thank you very much, Mr. Mathur.

23          (It is the policy of this court that every guilty plea

24   and sentencing proceeding include a bench conference concerning

25   whether the defendant is or is not cooperating.)

1          THE COURT:  I note that were born in Nepal and you

2     came to this country as an infant, so you became a naturalized

3     American citizen at the age of 18.  Correct?

4          THE DEFENDANT:  That's correct, Your Honor.

5          THE COURT:  I can't help but notice Congressman

6     Harris' reference to his own family history and his ancestors

7     who immigrated to this country.

8          You mentioned that -- being an antidote to the current

9     toxic climate.  I think that it is difficult for me to imagine

10    a more egregious example of the toxic environment in this

11    country than the actions as to which you pled guilty here and

12    gave -- gives rise to the events of December the 10th of last

13    year when you not only made the threats by voicemail, but then

14    you also sent web mail and threatened Congressman Harris and

15    his family.

16         I will tell you that I take -- I take this very

17    seriously, and I have considered for a considerable period of

18    time the propriety of just a probation sentence here, and the

19    simple fact of the matter is, is that the First Amendment in

20    our Constitution, there is an off quoted phrase from the United

21    States Supreme Court that indicates that the First Amendment

22    does not permit someone to come into a crowded movie theater

23    and scream "fire."  The First Amendment to the Constitution of

24    the United States does not, should not, and never has permitted

25    the threats of bodily harm and death to our elected

1    representatives.

2         Do you understand that there was never -- there has never

3    been any debate about that?  The First Amendment in no way was

4    ever intended to countenance that kind of threat.

5         And I have reviewed your mental health history.  There is

6    no great documentation of it, but I have reviewed some issues

7    that you have, and I simply cannot -- I cannot abide by a

8    notion of just a probation sentence.  More is required.  And,

9    quite frankly, more is required than has been recommended by

10   the government here.

11        The simple fact of the matter is, is that, under the

12   analysis of the *Booker* and *Gall* cases, as summarized by the

13   United States Court of Appeals for the Fourth Circuit later in

14   a case of *United States vs. Rabey* [ph], the sentence imposed

15   has to achieve the four congressionally mandated purposes of

16   sentencing as set forth by the U.S. Congress in 18, United

17   States Code, Section 3553.  They are to punish the defendant.

18   You have been punished thus far.  Not enough yet, but you have

19   been punished, and you will be punished some more.  And to

20   deter you and others to criminal conduct.  And that is

21   extraordinarily important in terms of deterring others in this

22   toxic environment with misinformation, social media with lies

23   that are perpetrated that arouse the public.  And, also, I must

24   protect the public.  Also, you must be rehabilitated.

25        And to achieve these four purposes, I look to the seven

1   factors under 18, United States Code, Section 3553, and a

2   starting point is a calculation of the advisory guideline

3   range.  There is no dispute about that range.  It's essentially

4   six to 12 months incarceration, but you are eligible for

5   probation.  But the simple matter of probation does not -- does

6   not provide sufficient sanction here.  It's as simple as that.

7        Anyone, anyone who threatens a member of the United

8   States Congress and his or her family has to face some time in

9   a jail cell, simple as that.  Without question.  Without

10  condition.  And the reason there was some emphasis as to the

11  *Varnum* case was because that sentence, there was time served

12  and then probation.

13       So I look to the structure of what is permitted here

14  under the guidelines, and this is within the guideline range in

15  terms of considerations of probation.  You are 35 years of age.

16  You are collegiately educated.  You have no criminal history.

17  You have had some mental health issues as to which you have

18  been getting treatment.  You should continue to get treatment.

19       But a pure probation sentence without more is not

20  acceptable here.  Is not acceptable.  And it not only includes

21  home detention, it not only includes community service, but it

22  will include some time in a jail cell.

23       And I am going to structure it in the following way

24  consistent with what I have done in some previous cases -- none

25  of those involved threats to a member of Congress -- but it

will be structured in this fashion in terms of weekends in jail
for a period of time.  It is -- you are hereby ordered to be
placed on probation for a term of two years, as agreed upon by
you and the government, and I accept that recommendation.  But
there will be additional probation conditions.  And the first
and most important, Mr. Ulander, to state here is -- and I can
go over another judgment and commitment order that, in a
similar case when we prepare this immediately after these
proceedings, Mr. Ulander -- you must serve a total of eight
consecutive weekends of internment confinement, and that
internment confinement shall be served on consecutive weekends
at a facility to be determined by the Bureau of Prisons.
Ms. Vallandingham and the U.S. Probation Office can coordinate
that, and Mr. Leon Epps has already been advised as to how we
might structure this.  It shall begin on Friday, October 1 of
2021, and it shall be from 6:00 on Friday, October 1, 2021 to
6:00 Sunday -- 6:00 p.m. Sunday, October 3, and it shall then
proceed on seven more consecutive weekends for a total of eight
consecutive weekends:  Friday, October 1; Friday, October 8;
Friday, October 15; Friday, October 22; Friday, October 29;
Friday, November 5; Friday, November 12; and Friday, November
19, which is the weekend before Thanksgiving weekend.

        And each one of those weekends -- Mr. Ulander, we will
structure this -- you shall report at 6:00 on Friday evening
and you shall be incarcerated in a jail facility until 6:00 on

1   Sunday evening, at which time you will be released.  And you

2   must follow the rules and regulations of any such facility, and

3   you must bring any cash or money order per stay as will be

4   required.

5        I am not going to designate the specific facility because

6   that will depend upon COVID-19 restrictions and precautions.

7   But you will take a copy of this judgment and commitment order

8   and your Driver's License or some other identification of you

9   when you go to this facility.

10       And Mr. Madiou, you can check with me as we approach the

11   Friday, October 1 date in terms of how the probation office

12   will structure this.

13       Upon completion of the eight -- the second condition of

14   probation will be that upon completion of the above eight

15   consecutive weekends, that you shall be restricted to your

16   residence at all times except for employment, education,

17   religious services, medical, substance abuse, or mental health

18   treatment or attorney visits or court appearances or

19   court-ordered obligations or other activities as pre-approved

20   by the probation officer, and you will be monitored by the form

21   of location monitoring technology for a period of six months,

22   and you must follow the rules and regulations of that location

23   monitoring, and you are to pay the costs of the program as

24   directed by the probation officer.

25       And then thirdly, you shall participate in any mental

1  health treatment program and follow the rules and regulations

2  of that program.  And the probation officer, in consultation

3  with the treatment provider, will supervise your participation

4  in the program.

5      So it's a two-year period of probation, the first major

6  conditions of which are eight consecutive weekends in a jail

7  facility, to then be followed by six months of home detention.

8      And then the next condition is, is that during the --

9  during your period of probation, you shall complete 100 hours

10  of community service as requested by the government.  It's just

11  as they have requested six months of home detention, but I am

12  also adding these eight weekends in jail.

13      The -- with respect to that, there is a special

14  assessment that I will be going over in a moment here.

15      With respect to the mandatory and standard conditions of

16  probation, in addition to all of those I have stated, are that

17  you are not to commit any other federal, state, or local crime.

18  You are not to possess a controlled substance.  You are to

19  submit to any drug test as deemed necessary by the probation

20  officer.  I am not going to order drug testing, but it's up to

21  the probation officer if he or she feels it's necessary.  You

22  shall also cooperate in the collection of DNA.

23      As part of your probation, you are to comply with all the

24  other standard conditions of probation in terms of reporting to

25  the U.S. probation officer, to not knowingly leave the federal

1    judicial district where you are housed here in Maryland unless

2    it's approved by the probation officer.  You are to answer any

3    questions truthfully.  You are to live at a place approved by

4    the probation officer.  And you are to allow the probation

5    officer to visit your residence at any time.

6         You are also to make every effort to gain lawful

7    employment.

8         And you must not communicate or interact with anyone you

9    believe is engaged in criminal activity.

10        If you are arrested or questioned by law enforcement

11   officials, even in terms of a traffic ticket, you are to

12   definitely notify your probation officer who will notify the

13   Court.

14        You are not to own, possess, or have access to a firearm,

15   ammunition, or destructive device or any kind of dangerous

16   weapon during this period of probation.  And you are to follow

17   all directions of the probation officer.

18        As I have said, these special conditions -- these are the

19   standard and mandatory conditions in addition to the special

20   conditions which are eight consecutive weekends in a jail type

21   facility to be designated by the U.S. Bureau of Prisons in

22   coordination with the probation office, and you are on

23   electronic home monitoring and home detention for six months,

24   as well as mental health treatment.

25        I am not going to impose a fine in this case because I

1   don't believe that a fine is necessary.  It doesn't achieve

2   anything.

3         You are to pay a $100 special assessment.  Mr. Madiou, I

4   would like for that to be paid within the next 30 days if it

5   can be paid by October the 9th of this year, within the next 30

6   days.

7               MR. MADIOU:  Yes, Your Honor.

8               THE COURT:  I will advise you of your appeal rights,

9   Mr. Mathur.  Paragraph 10 of the plea agreement provided that

10  both you and the government waived appeal of any lawful

11  sentence, and this sentence is a lawful sentence within the

12  province of the statute and is also essentially within the

13  guideline range.  But if you still wanted to note an appeal in

14  this case, you should do so within 14 days of the entry of the

15  judgment and commitment order in this case pursuant to Rule

16  4(b) of the Federal Rules of Appellate Procedure.  If you

17  cannot afford an attorney to represent you, an attorney can be

18  appointed.

19        Mr. Madiou, you do not need to notify the Court, but if

20  you just make sure your own file reflects that he does not

21  desire to file an appeal in this case.

22              MR. MADIOU:  Yes, Your Honor.

23              THE COURT:  Is there anything further from the point

24  of view of the government on this matter, Mr. Myers?

25              MR. MYERS:  Your Honor, my apologies if I just didn't

1  catch this as you were saying it, but I just wanted to make

2  sure, following that recent Fourth Circuit decision, that the

3  defendant has confirmed that in his review of the PSR, he

4  reviewed all of the mandatory and standard conditions of

5  probation imposed in this Court, and, you know, that he's aware

6  of all of them and finds them --

7          THE COURT:  I have just summarized them.  I have just

8  summarized them.

9          MR. MYERS:  Great.  Thank you, Your Honor.

10          THE COURT:  I am satisfied I have summarized those

11  conditions of probation.  That's why I went through the litany.

12      But I also will note that those conditions have

13  essentially been listed in -- on pages 14 and 15 of the

14  presentence investigation report, and the defendant has

15  acknowledged that he has gone over that presentence

16  investigation report.

17      Anything else from the point of view of the government,

18  Mr. Myers?

19          MR. MYERS:  No, Your Honor.  Thank you very much.

20          THE COURT:  Mr. Madiou, anything further from your

21  point of view?

22          MR. MADIOU:  No, Your Honor.

23          THE COURT:  All right.  I wish you the best of luck,

24  Mr. Mathur.  This is a very serious offense you have committed,

25  and the message has to go out.  Somebody picks up the

1   telephone, threatens a member of Congress, lies about it, sends

2   an email, as far as I am concerned, that is a mandatory time of

3   some sort in a jail cell so that you can see the door of a jail

4   cell close behind you and you can understand that you engaged

5   in egregious criminal activity.

6          And you are noting that you would like to be an antidote

7   to the current toxic environment.  You became part of the toxic

8   environment and it is totally unacceptable in a civilized

9   society.  And the political extremism and the loud voices

10  cannot dominate the standards of our institutions, and elected

11  officials and their families should not be subjected to that

12  kind of treatment in any way, shape, or form.

13         Having heard that, I am not sure if Congressman Harris is

14  still on the line, but Congressman Harris, I wish you well,

15  sir.  I am very sorry for the pain that was inflicted upon you

16  and your family, and hopefully this will send the appropriate

17  message out.

18         So, with that, this Court stands adjourned for the day.

19  Thank you all very much.

20         MR. MYERS:  Thank you, Your Honor.

21         (The proceedings were concluded at 3:43 p.m.)

22

23

24

25

1

C E R T I F I C A T E

2

3          I, Renee A. Ewing, an Official Court Reporter for

4  the United States District Court for the District of Maryland,

5  do hereby certify that the foregoing is a true and correct

6  transcript of the stenographically reported proceedings taken

7  on the date and time previously stated in the above matter;

8  that the testimony of witnesses and statements of the parties

9  were correctly recorded in machine shorthand by me and

10  thereafter transcribed under my supervision with computer-aided

11  transcription to the best of my ability; and that I am neither

12  of counsel nor kin to any party in said action, nor interested

13  in the outcome thereof.

14

15                    Renee A  Ewing

16
                      Renee A. Ewing, RPR, RMR, CRR
17                    Official Court Reporter
                      October 13, 2021
18

19

20

21

22

23

24

25

## $

**$100** [1] - 40:3

## 1

**1** [9] - 4:16, 6:8, 9:25, 13:12, 14:24, 36:15, 36:16, 36:19, 37:11
**10** [3] - 14:22, 15:2, 40:9
**100** [4] - 18:24, 19:2, 24:9, 38:9
**1001** [1] - 2:13
**10th** [6] - 4:14, 10:1, 14:24, 21:5, 28:5, 33:12
**11(c)(1)(C** [2] - 4:21, 5:1
**11-and-a-half** [1] - 9:16
**12** [3] - 15:11, 35:4, 36:21
**12-month** [2] - 15:3, 22:25
**12:28** [1] - 12:7
**13** [1] - 43:17
**14** [2] - 40:14, 41:13
**15** [2] - 36:20, 41:13
**17** [1] - 14:23
**18** [5] - 2:13, 10:19, 33:3, 34:16, 35:1
**19** [1] - 36:22

## 2

**2003** [2] - 12:19, 13:15
**2004** [1] - 14:3
**2005** [1] - 9:22
**2007** [1] - 11:4
**2009** [1] - 8:17
**2015** [1] - 14:4
**2020** [3] - 2:17, 27:11, 30:3
**2021** [4] - 1:11, 36:16, 43:17
**20770** [1] - 1:20
**209-4800** [1] - 1:16
**21201** [1] - 1:16
**22** [1] - 36:20
**26th** [2] - 7:11, 32:2
**29** [1] - 36:20
**2:30** [1] - 1:11
**2A6.1** [1] - 15:12
**2B1.1** [1] - 15:12

## 3

**3** [4] - 7:13, 7:24, 36:17

## 30

**30** [3] - 13:2, 40:4, 40:5
**301** [2] - 1:21, 1:23
**31** [1] - 14:6
**34** [2] - 25:9, 25:16
**344-3227** [1] - 1:23
**35** [3] - 28:3, 30:18, 35:15
**3553** [2] - 34:17, 35:1
**3553(a** [7] - 19:7, 20:22, 21:10, 21:16, 23:17, 24:3, 25:2
**3553(a)** [1] - 10:20
**36** [2] - 1:15, 7:10
**37** [1] - 2:23
**39** [1] - 11:17
**3:43** [1] - 42:21

## 4

**4(b** [1] - 40:16
**400** [1] - 1:15
**410** [1] - 1:16
**42** [1] - 8:14
**47** [1] - 14:7
**474-0044** [1] - 1:21

## 5

**5** [2] - 9:24, 36:21

## 6

**6** [1] - 14:18
**6305** [1] - 1:19
**6:00** [5] - 36:16, 36:17, 36:24, 36:25

## 7

**7** [1] - 14:7
**700** [1] - 1:20
**7th** [1] - 2:23

## 8

**8** [1] - 36:19

## 9

**9** [4] - 1:11, 4:17, 14:7, 15:5
**95** [1] - 29:20
**9th** [1] - 40:5

## A

**aberrational** [1] - 28:6
**abhorrent** [1] - 21:8
**abide** [1] - 34:7

**abided** [1] - 30:6
**ability** [2] - 28:14, 43:11
**absent** [2] - 14:11, 27:7
**absolutely** [6] - 27:6, 28:16, 28:20, 28:23, 29:11, 30:7
**abuse** [1] - 37:17
**accept** [1] - 36:4
**acceptable** [2] - 17:18, 35:20
**acceptance** [2] - 14:21, 26:16
**accepted** [1] - 30:7
**accepts** [1] - 30:2
**access** [1] - 39:14
**account** [1] - 10:16
**accounts** [1] - 21:4
**accurately** [1] - 15:21
**achieve** [5] - 11:12, 23:19, 34:15, 34:25, 40:1
**acknowledged** [1] - 41:15
**Act** [8] - 2:16, 2:21, 3:1, 12:18, 12:20, 12:23, 14:15
**action** [2] - 18:10, 43:12
**actions** [5] - 19:17, 20:20, 21:22, 32:6, 33:11
**activities** [1] - 37:19
**activity** [2] - 39:9, 42:5
**add** [1] - 17:13
**Adderall** [3] - 11:19, 11:23, 12:1
**adding** [1] - 38:12
**addition** [2] - 38:16, 39:19
**additional** [1] - 22:7, 36:5
**address** [6] - 11:14, 26:1, 26:5, 26:20, 31:16, 31:22
**addressed** [3] - 26:20, 27:23, 30:10
**adjourned** [1] - 42:18
**adjustment** [1] - 14:20
**Adkins** [1] - 25:13
**administrative** [2] - 13:16, 14:3
**admitted** [1] - 29:19
**advise** [1] - 40:8
**advised** [1] - 36:14
**advisory** [5] - 10:13, 11:8, 22:25, 35:2
**afford** [1] - 40:17
**afraid** [1] - 20:4

**afternoon** [9] - 2:1, 2:3, 2:5, 2:8, 3:23, 4:5, 4:6, 7:17, 9:13
**age** [2] - 33:3, 35:15
**agent** [1] - 14:20
**Agent** [2] - 3:14, 3:17
**AGENT** [1] - 3:19
**agents** [3] - 2:12, 7:10, 29:21
**ago** [2] - 12:7, 12:10
**agree** [2] - 15:21, 26:6
**agreed** [1] - 36:3
**agreeing** [1] - 20:23
**agreement** [12] - 4:15, 4:16, 4:17, 4:23, 6:7, 9:24, 13:11, 14:23, 16:2, 18:25, 19:1, 40:9
**Aid** [1] - 2:15
**aided** [1] - 43:10
**AIDED** [1] - 1:24
**aisle** [1] - 28:9
**Alaskan** [1] - 8:1
**allocution** [2] - 16:16, 18:21
**allow** [1] - 39:4
**allowed** [1] - 17:20
**Amendment** [4] - 33:19, 33:21, 33:23, 34:3
**AMERICA** [1] - 1:5
**America** [2] - 17:20, 29:4
**American** [7] - 7:12, 7:25, 8:1, 19:23, 28:7, 28:8, 33:3
**Americans** [3] - 17:17, 20:10, 28:9
**ammunition** [1] - 39:15
**amount** [3] - 7:3, 26:16, 27:17
**analysis** [2] - 20:23, 34:12
**ancestors** [1] - 33:6
**Andy** [1] - 17:1
**anonymous** [1] - 24:20
**answer** [1] - 39:2
**anticipated** [1] - 14:22
**antidote** [4] - 32:11, 32:13, 33:8, 42:6
**antithesis** [1] - 28:4
**apart** [1] - 11:10
**apologies** [1] - 40:25
**apologize** [1] - 41:4
**appeal** [5] - 6:9, 40:8, 40:10, 40:13, 40:21
**Appeals** [2] - 10:17, 34:13

**appearance** [2] - 2:22, 2:24
**appearances** [1] - 37:18
**appearing** [1] - 3:24
**Appellate** [1] - 40:16
**applicable** [2] - 13:10, 15:12
**applied** [2] - 10:13, 21:11
**applies** [2] - 12:25, 21:9
**apply** [1] - 10:15
**appointed** [1] - 40:18
**approach** [1] - 37:10
**approaches** [1] - 22:17
**appropriate** [10] - 5:17, 10:19, 13:14, 19:16, 21:10, 23:18, 24:2, 24:17, 27:21, 42:16
**approved** [4] - 24:10, 37:19, 39:2, 39:3
**arguing** [1] - 15:24
**argument** [1] - 26:18
**arguments** [1] - 24:5
**arouse** [1] - 34:23
**arrest** [6] - 16:1, 16:3, 25:25, 30:5, 31:12, 31:18
**arrested** [1] - 39:10
**Asian** [2] - 7:12, 7:25
**assessment** [3] - 15:22, 38:14, 40:3
**assistance** [1] - 13:7
**Assistant** [1] - 3:12
**attached** [1] - 31:25
**attack** [1] - 19:11
**ATTORNEY** [1] - 1:14
**attorney** [5] - 6:21, 11:13, 37:18, 40:17
**Attorney** [1] - 3:13
**Attorney's** [2] - 18:15, 24:16
**August** [2] - 7:11, 32:2
**authorizing** [2] - 2:18
**avoid** [2] - 21:17, 22:18
**aware** [3] - 15:7, 22:22, 41:5
**awful** [1] - 19:10

## B

**Bachelor** [1] - 8:17
**background** [2] - 8:15, 24:5
**bad** [1] - 18:5
**balance** [2] - 10:8,

10:11
**BALTIMORE** [1] - 1:12
**Baltimore** [1] - 1:16
**base** [2] - 14:19, 15:11
**became** [2] - 33:2,
42:7
**become** [1] - 32:15
**BEFORE** [1] - 1:10
**begin** [1] - 36:15
**begins** [1] - 14:6
**behalf** [8] - 3:13, 3:22,
3:24, 18:8, 18:21,
25:6, 25:7, 31:24
**behavior** [1] - 27:3
**behind** [1] - 42:4
**beings** [3] - 28:12,
29:23, 30:20
**bench** [1] - 32:24
**Bennett** [1] - 2:7
**BENNETT** [1] - 1:10
**best** [2] - 41:23, 43:11
**better** [3] - 2:16, 19:7,
30:21
**between** [3] - 26:24,
27:22, 28:2
**beyond** [1] - 31:2
**bodily** [1] - 33:25
**Booker** [3] - 9:21,
11:4, 34:12
**born** [1] - 33:1
**bound** [1] - 10:14
**BRENNAN** [1] - 1:18
**Brian** [1] - 2:4
**brief** [3] - 17:16,
22:11, 27:12
**briefly** [2] - 21:22,
27:19
**bring** [1] - 37:3
**Buddha** [1] - 32:9
**burden** [1] - 23:8
**Bureau** [4] - 23:9,
29:9, 36:12, 39:21
**buried** [1] - 24:20
**business** [1] - 8:17
**BY** [2] - 1:14, 1:19

## C

**calculation** [4] - 11:8,
14:17, 14:18, 35:2
**cannot** [5] - 3:2, 34:7,
40:17, 42:10
**Capitol** [5] - 3:15,
3:18, 5:11, 18:14,
20:18
**career** [1] - 28:2
**CARES** [1] - 2:16
**Carolina** [4] - 8:16,
8:24, 9:2
**case** [41] - 2:9, 4:2,

9:15, 9:21, 11:2,
11:4, 13:11, 14:6,
18:3, 19:9, 21:18,
21:19, 22:11, 22:12,
26:7, 26:13, 26:21,
26:25, 27:1, 27:2,
27:6, 27:7, 27:17,
27:21, 27:22, 28:1,
28:15, 29:17, 30:21,
30:24, 31:7, 34:14,
35:11, 36:8, 39:25,
40:14, 40:15, 40:21
**cases** [6] - 9:20, 9:21,
12:22, 22:19, 34:12,
35:24
**cash** [1] - 37:3
**catch** [1] - 41:1
**category** [1] - 15:2
**cell** [4] - 35:9, 35:22,
42:3, 42:4
**Census** [1] - 29:9
**certain** [2] - 11:18,
13:3
**certainly** [9] - 2:3,
4:24, 15:6, 18:1,
18:18, 19:25, 20:3,
24:13, 26:2
**certify** [1] - 43:5
**change** [6] - 7:13, 8:2,
8:13, 9:5, 9:8, 28:18
**changed** [1] - 7:24
**changes** [1] - 9:9
**Chapel** [2] - 8:16, 9:2
**characteristics** [6] -
10:21, 13:24, 26:9,
26:10, 27:6, 27:25
**charge** [1] - 5:11
**charged** [1] - 21:15
**charging** [2] - 2:11,
21:23
**Charles** [1] - 1:15
**CHARTERED** [1] -
1:18
**check** [2] - 22:10,
37:10
**chief** [3] - 12:23, 13:1,
13:15
**children** [4] - 18:2,
18:4, 20:4, 29:7
**choice** [1] - 20:1
**choose** [3] - 8:9, 8:12,
20:8
**chooses** [1] - 7:25
**chose** [3] - 14:9,
20:15, 23:11
**chosen** [2] - 19:12,
19:25
**Christ** [1] - 32:8
**Circuit** [2] - 34:13,
41:2

**circumstances** [2] -
10:21, 26:11
**citizen** [1] - 33:3
**civilized** [1] - 42:8
**clarification** [1] -
15:10
**CLERK** [2] - 2:1, 2:5
**clerk** [1] - 13:8
**client** [2] - 12:13, 26:8
**clients** [1] - 30:25
**climate** [2] - 19:19,
33:9
**close** [2] - 27:12, 42:4
**Code** [4] - 2:13, 10:20,
34:17, 35:1
**collection** [1] - 38:22
**collegiately** [1] - 35:16
**coming** [1] - 29:11
**Commission** [5] -
13:3, 13:14, 13:18,
14:10, 22:25
**commit** [1] - 38:17
**commitment** [5] -
13:5, 32:15, 36:7,
37:7, 40:15
**committed** [1] - 41:24
**communicate** [1] -
39:8
**communications** [1] -
15:14
**community** [12] -
18:24, 19:2, 23:22,
23:25, 24:1, 24:2,
24:9, 25:1, 29:4,
31:3, 35:21, 38:10
**comparison** [1] -
26:21
**competent** [1] - 12:14
**complete** [1] - 38:9
**completion** [2] -
37:13, 37:14
**complied** [1] - 14:15
**comply** [1] - 38:23
**computer** [1] - 43:10
**COMPUTER** [1] - 1:24
**computer-aided** [1] -
43:10
**COMPUTER-AIDED**
[1] - 1:24
**concern** [3] - 19:14,
20:19, 23:15
**concerned** [1] - 42:2
**concerning** [1] - 32:24
**concluded** [1] - 42:21
**condition** [4] - 15:25,
35:10, 37:13, 38:8
**conditions** [13] - 14:1,
30:4, 30:6, 36:5,
38:6, 38:15, 38:24,
39:18, 39:19, 39:20,

41:4, 41:11, 41:12
**conduct** [19] - 19:22,
21:6, 21:8, 23:16,
24:2, 24:25, 26:10,
26:12, 27:13, 27:15,
28:1, 28:4, 28:6,
28:15, 29:20, 31:7,
34:20
**conference** [1] - 32:24
**confidential** [2] -
13:24, 14:5
**confinement** [2] -
36:10, 36:11
**confirmed** [1] - 41:3
**confronted** [1] - 29:19
**Congress** [19] - 2:17,
5:12, 5:19, 5:25, 6:2,
12:19, 16:8, 16:12,
16:17, 16:19, 16:22,
19:11, 19:24, 21:3,
21:21, 34:16, 35:8,
35:25, 42:1
**Congress'** [1] - 21:21
**congressionally** [1] -
34:15
**CONGRESSMAN** [2] -
16:25, 17:15
**congressman** [3] -
23:13, 28:18, 29:3
**Congressman** [12] -
17:1, 17:3, 17:4,
17:6, 17:8, 17:13,
18:17, 26:3, 33:5,
33:14, 42:13, 42:14
**congressman's** [1] -
29:3
**conscious** [1] - 32:15
**consecutive** [7] -
36:10, 36:11, 36:18,
36:19, 37:15, 38:6,
39:20
**consequences** [2] -
27:15, 29:1
**consider** [4] - 10:18,
11:9, 15:6, 21:17
**considerable** [1] -
33:17
**consideration** [4] -
4:25, 18:9, 24:4,
30:22
**considerations** [1] -
35:15
**considered** [2] -
10:23, 33:17
**consistent** [5] - 2:14,
2:21, 3:1, 6:7, 35:24
**Constitution** [2] -
33:20, 33:23
**constitutional** [2] -
10:9, 10:11

**constitutionality** [2] -
9:23, 10:3
**consult** [1] - 10:15
**consultation** [1] - 38:2
**contact** [4] - 21:2,
21:12, 29:12
**containing** [2] - 13:24,
14:5
**contemplated** [1] -
23:5
**context** [1] - 10:13
**continue** [1] - 35:18
**continuing** [2] - 32:19
**contribute** [1] - 32:11
**control** [1] - 27:4
**controlled** [1] - 38:18
**converting** [1] - 23:3
**convicted** [2] - 27:16,
29:13
**cooperate** [1] - 38:22
**cooperating** [1] -
32:25
**coordinate** [1] - 36:13
**coordination** [1] -
39:22
**copy** [2] - 13:10, 37:7
**Coronavirus** [1] - 2:15
**correct** [25] - 4:8, 5:4,
5:7, 5:14, 6:3, 6:11,
6:14, 7:6, 7:16, 8:8,
8:10, 8:19, 11:19,
11:21, 15:8, 15:16,
16:4, 19:6, 22:4,
22:8, 22:14, 24:23,
33:3, 33:4, 43:5
**correction** [2] - 8:18,
8:19
**corrections** [2] - 7:5,
7:8
**correctly** [4] - 4:7,
6:22, 15:17, 43:9
**costs** [1] - 37:23
**counsel** [7] - 2:22,
3:10, 4:18, 11:15,
21:16, 25:3, 43:12
**count** [2] - 2:11, 13:12
**countenance** [1] -
34:4
**countries** [1] - 17:18
**country** [4] - 29:9,
33:2, 33:7, 33:11
**Court** [51] - 2:6, 9:16,
9:22, 10:1, 10:3,
10:7, 10:9, 10:14,
11:1, 11:4, 11:14,
14:11, 15:10, 15:25,
16:13, 18:9, 18:12,
21:18, 22:21, 23:13,
24:7, 24:14, 25:3,
25:15, 25:25, 26:5,

26:16, 26:18, 26:22, 27:19, 27:20, 28:14, 28:21, 29:11, 29:13, 30:11, 30:22, 30:25, 31:9, 31:16, 31:17, 33:21, 34:13, 39:13, 40:19, 41:5, 42:18, 43:3, 43:4, 43:17
**COURT** [62] - 1:1, 1:23, 2:3, 2:8, 3:16, 3:20, 3:25, 4:4, 4:7, 4:10, 4:13, 5:4, 5:7, 5:10, 5:18, 5:21, 6:5, 6:14, 6:17, 6:24, 7:2, 7:5, 7:8, 7:19, 8:4, 8:8, 8:13, 8:22, 9:1, 9:4, 9:8, 9:11, 11:22, 11:25, 12:3, 12:5, 12:8, 12:12, 12:17, 14:14, 15:15, 16:2, 16:5, 16:15, 17:3, 18:17, 22:1, 22:5, 22:12, 22:15, 24:12, 25:4, 31:21, 32:22, 33:1, 33:5, 40:8, 40:23, 41:7, 41:10, 41:20, 41:23
**court** [17] - 2:22, 2:24, 3:5, 7:20, 9:17, 11:2, 12:24, 13:1, 13:8, 13:15, 13:22, 14:8, 22:20, 24:20, 32:23, 37:18, 37:19
**court-ordered** [1] - 37:19
**courts** [4] - 12:21, 12:25, 28:14
**Courts** [1] - 10:17
**covered** [1] - 24:15
**COVID-19** [2] - 2:18, 37:6
**crafted** [1] - 22:21
**created** [1] - 23:15
**crime** [1] - 38:17
**Criminal** [2] - 2:10, 4:22
**CRIMINAL** [1] - 1:5
**criminal** [20] - 2:11, 12:22, 13:12, 14:25, 15:2, 20:9, 20:25, 21:13, 21:14, 22:24, 24:1, 27:12, 29:11, 29:12, 29:18, 34:20, 35:16, 39:9, 42:5
**cross** [1] - 15:12
**cross-reference** [1] - 15:12
**crowded** [1] - 33:22
**CRR** [2] - 1:23, 43:16
**current** [3] - 17:25,

33:8, 42:7
**custodial** [1] - 23:22
**custody** [1] - 2:25

### D

**dangerous** [2] - 3:5, 39:15
**darkest** [1] - 28:8
**date** [2] - 37:11, 43:7
**dating** [1] - 14:3
**days** [5] - 13:2, 22:9, 40:4, 40:6, 40:14
**deadly** [1] - 17:20, 18:7, 19:10
**deal** [1] - 27:15
**dealing** [1] - 18:16
**dealt** [1] - 27:2
**death** [2] - 20:2, 33:25
**debate** [1] - 34:3
**December** [6] - 11:4, 21:5, 27:11, 28:4, 30:3, 33:12
**decide** [1] - 16:11
**decided** [2] - 9:21, 11:3
**decision** [1] - 41:2
**deemed** [1] - 38:19
**deeply** [1] - 32:18
**defendant** [24] - 2:10, 3:8, 3:22, 4:23, 6:9, 7:11, 8:15, 13:24, 19:21, 20:8, 20:15, 20:17, 20:24, 21:4, 21:12, 23:9, 23:23, 25:6, 25:7, 29:18, 32:25, 34:17, 41:3, 41:14
**Defendant** [1] - 1:9
**DEFENDANT** [17] - 1:17, 4:6, 4:9, 4:12, 5:3, 7:1, 7:4, 8:11, 11:21, 11:24, 12:2, 12:4, 12:6, 12:11, 14:13, 32:3, 33:4
**defendant's** [6] - 22:24, 23:16, 24:5, 24:24, 24:25, 25:12
**defense** [2] - 7:9, 25:21
**defer** [1] - 16:12
**defined** [1] - 8:12
**defines** [1] - 7:12
**defining** [1] - 32:17
**definitely** [1] - 39:12
**degree** [1] - 8:17
**delay** [1] - 3:7
**delayed** [1] - 3:3
**deletion** [3] - 10:4, 10:8, 10:10

**democracy** [1] - 20:19
**democratic** [2] - 19:14, 19:15
**demonstrate** [1] - 26:25
**departure** [1] - 21:9
**departures** [1] - 13:9
**DEPUTY** [2] - 2:1, 2:5
**deputy** [1] - 13:7
**derived** [1] - 15:11
**designate** [1] - 37:5
**designated** [1] - 39:21
**desire** [1] - 40:21
**destructive** [1] - 39:15
**detail** [1] - 30:9
**detention** [12] - 18:24, 19:2, 21:24, 23:1, 23:3, 23:4, 23:14, 24:9, 35:21, 38:7, 38:11, 39:23
**deter** [1] - 34:20
**determine** [1] - 31:23
**determined** [1] - 36:12
**deterred** [1] - 19:22
**deterrence** [2] - 29:16
**deterrent** [2] - 25:2, 29:15
**deterring** [1] - 34:21
**device** [1] - 39:15
**devices** [2] - 21:3, 24:19
**devoted** [1] - 32:16
**difference** [1] - 25:23
**difficult** [2] - 3:5, 33:9
**directed** [1] - 37:24
**directing** [1] - 13:16
**directions** [1] - 39:17
**disagrees** [1] - 20:5
**disparities** [3] - 21:17, 22:18, 22:22
**disposition** [1] - 10:19
**dispute** [2] - 11:9, 35:3
**disputed** [3] - 15:7, 15:18, 15:19
**distinction** [2] - 25:23, 28:2
**distinctions** [2] - 26:24, 27:22
**district** [1] - 39:1
**DISTRICT** [3] - 1:1, 1:2, 1:11
**District** [4] - 2:6, 43:4
**DIVISION** [1] - 1:3
**DNA** [1] - 38:22
**docket** [1] - 24:20
**Document** [1] - 25:16
**documentation** [1] - 34:6

**documents** [4] - 13:3, 13:5, 13:17, 13:19
**dominate** [1] - 42:10
**done** [3] - 19:12, 30:5, 35:24
**door** [1] - 42:3
**downward** [1] - 14:20
**Driver's** [1] - 37:8
**drug** [2] - 38:19, 38:20
**during** [3] - 38:8, 38:9, 39:16
**dysfunction** [1] - 32:11

### E

**early** [1] - 27:11
**Economic** [1] - 2:16
**educated** [1] - 35:16
**education** [3] - 29:8, 37:16
**educational** [1] - 8:15
**effect** [4] - 12:8, 25:2, 28:19, 29:15
**effectively** [1] - 10:12
**effort** [1] - 39:6
**egregious** [2] - 33:10, 42:5
**eight** [7] - 36:9, 36:18, 37:13, 37:14, 38:6, 38:12, 39:20
**either** [1] - 21:2
**elected** [3] - 17:24, 33:25, 42:10
**electoral** [1] - 20:13
**electorate** [1] - 28:10
**electronic** [3] - 21:4, 30:4, 39:23
**eligible** [2] - 15:3, 35:4
**email** [1] - 42:2
**embarrassment** [2] - 27:18, 29:15
**emphasis** [1] - 35:10
**emphasized** [1] - 4:24
**employment** [2] - 37:16, 39:7
**enflamed** [1] - 28:10
**enforcement** [2] - 17:21, 39:10
**engage** [2] - 20:9, 23:11
**engaged** [4] - 21:5, 23:23, 39:9, 42:4
**ensure** [1] - 13:2
**entered** [3] - 4:15, 4:16, 4:21
**entire** [2] - 27:9, 29:5
**entry** [1] - 40:14
**environment** [5] - 17:25, 33:10, 34:22,

42:7, 42:8
**Epps** [1] - 36:14
**erred** [2] - 28:25
**escaped** [1] - 17:18
**especially** [4] - 17:19, 17:25, 19:19, 31:12
**ESQUIRE** [2] - 1:14, 1:19
**essentially** [7] - 23:14, 23:25, 27:9, 29:20, 35:3, 40:12, 41:13
**evening** [2] - 36:24, 37:1
**events** [1] - 33:12
**evidence** [1] - 21:13
**Ewing** [6] - 1:23, 7:20, 7:21, 43:3, 43:15, 43:16
**exactly** [2] - 14:22, 19:6
**example** [2] - 32:12, 33:10
**exceedingly** [1] - 30:6
**except** [1] - 37:16
**excuse** [1] - 30:1
**Exhibit** [5] - 4:16, 6:8, 9:25, 13:12, 14:24
**exhibits** [2] - 25:10, 25:15
**existence** [1] - 32:18
**expect** [1] - 17:24
**expects** [1] - 19:23
**explaining** [1] - 5:2
**explanation** [1] - 29:24
**explicit** [1] - 19:10
**extensively** [1] - 21:1
**extents** [1] - 14:14
**extraordinarily** [1] - 34:21
**extremely** [1] - 30:13
**extremism** [1] - 42:9

### F

**face** [3] - 2:18, 15:2, 35:8
**facility** [7] - 36:12, 36:25, 37:2, 37:5, 37:9, 38:7, 39:21
**fact** [8] - 7:11, 15:13, 18:10, 20:25, 21:12, 31:12, 33:19, 34:11
**factor** [1] - 19:7
**factors** [11] - 10:18, 10:23, 11:10, 10:22, 21:10, 21:16, 23:17, 24:3, 24:4, 25:2, 35:1
**fallibility** [1] - 29:23,

30:20
**fallible** [1] - 28:12
**falling** [1] - 30:19
**false** [6] - 2:12, 5:11, 14:19, 17:11, 17:12, 29:22
**families** [1] - 42:11
**family** [18] - 13:25, 14:5, 17:2, 17:9, 18:2, 18:11, 19:11, 20:2, 23:14, 25:10, 26:15, 28:19, 29:3, 31:2, 33:6, 33:15, 35:8, 42:16
**far** [3] - 27:17, 34:18, 42:2
**fashion** [1] - 36:1
**father** [1] - 25:11
**fear** [2] - 23:15, 32:13
**Federal** [2] - 4:21, 40:16
**federal** [18] - 2:12, 9:17, 9:23, 10:3, 10:8, 11:2, 11:5, 12:21, 12:22, 12:24, 12:25, 13:1, 14:20, 23:19, 27:10, 28:13, 38:17, 38:25
**felon** [2] - 27:16, 29:13
**felonious** [1] - 19:17
**felony** [1] - 2:20
**felt** [1] - 18:5
**few** [6] - 11:16, 21:5, 26:1, 27:10, 28:4, 28:24
**fight** [1] - 29:25
**file** [2] - 40:20, 40:21
**filed** [4] - 2:23, 5:23, 7:11, 32:2
**filing** [2] - 5:25, 6:1
**filled** [1] - 32:14
**fine** [4] - 4:10, 8:11, 39:25, 40:1
**fire** [1] - 33:23
**firearm** [1] - 39:14
**firearms** [1] - 27:5
**first** [9] - 9:20, 11:7, 14:16, 16:14, 16:15, 25:25, 36:5, 38:5
**First** [4] - 33:19, 33:21, 33:23, 34:3
**fleeting** [1] - 28:16
**flight** [1] - 29:25
**follow** [5] - 24:16, 37:2, 37:22, 38:1, 39:16
**followed** [1] - 38:7
**following** [2] - 35:23, 41:2

**FOR** [3] - 1:2, 1:13, 1:17
**force** [1] - 32:14
**foregoing** [1] - 43:5
**form** [2] - 37:20, 42:12
**formal** [1] - 4:23
**formally** [1] - 30:7
**forth** [5] - 14:18, 19:20, 24:6, 25:21, 34:16
**forward** [2] - 13:17, 32:19
**four** [2] - 34:15, 34:25
**Fourth** [2] - 34:13, 41:2
**frankly** [1] - 34:9
**freedom** [2] - 20:2, 23:7
**Friday** [12] - 36:15, 36:16, 36:19, 36:20, 36:21, 36:24, 37:11
**friend** [2] - 25:12, 25:13
**friends** [1] - 25:10
**furtherance** [1] - 19:13

## G

**gain** [1] - 39:6
**Gall** [2] - 11:3, 34:12
**gather** [1] - 5:13
**general** [2] - 29:16, 29:23
**generally** [1] - 24:14
**genuine** [2] - 26:17, 29:2
**Gillings** [1] - 8:24
**given** [4] - 11:14, 22:23, 23:12, 31:12
**glad** [9] - 16:7, 16:16, 16:20, 16:24, 17:14, 18:20, 19:3, 25:16, 32:2
**Global** [1] - 8:25
**goal** [1] - 11:11
**goals** [2] - 11:13, 23:19
**government** [26] - 2:12, 3:13, 4:18, 4:22, 5:5, 6:9, 6:11, 7:6, 10:2, 11:15, 15:14, 15:16, 17:10, 18:21, 18:22, 20:12, 24:6, 25:20, 25:24, 27:10, 34:10, 36:4, 38:10, 40:10, 40:24, 41:17
**Government** [5] - 4:16, 6:8, 9:25,

13:11, 14:24
**government's** [3] - 19:20, 20:23, 24:6
**graduated** [2] - 8:16, 8:24
**great** [2] - 34:6, 41:9
**greater** [6] - 11:12, 25:22, 27:1, 28:2, 31:3, 31:13
**greatly** [1] - 28:25
**Greenbelt** [1] - 1:20
**grow** [1] - 32:20
**grown** [1] - 32:7
**guideline** [7] - 11:6, 11:8, 13:10, 14:17, 35:2, 35:14, 40:13
**guidelines** [15] - 9:23, 10:4, 10:5, 10:6, 10:9, 10:11, 10:12, 10:15, 11:10, 15:22, 20:24, 22:20, 23:5, 35:14
**guilty** [8] - 2:10, 2:20, 4:14, 4:17, 29:21, 30:2, 32:23, 33:11

## H

**half** [1] - 12:9
**hand** [1] - 7:22
**handling** [1] - 18:14
**harm** [2] - 3:3, 33:25
**HARRIS** [2] - 16:25, 17:15
**Harris** [11] - 17:1, 17:3, 17:4, 17:7, 17:8, 17:14, 18:18, 26:3, 33:14, 42:13, 42:14
**Harris'** [1] - 33:6
**health** [7] - 20:19, 30:12, 34:5, 35:17, 37:17, 38:1, 39:24
**Health** [2] - 8:25
**hear** [12] - 2:2, 16:7, 16:13, 16:15, 16:16, 17:14, 18:20, 19:3, 19:23, 25:16, 32:2
**heard** [4] - 19:8, 20:11, 20:12, 42:13
**heart** [2] - 18:18, 29:10
**held** [1] - 3:2
**help** [1] - 33:5
**hereby** [2] - 36:2, 43:5
**higher** [1] - 29:8
**highlighted** [1] - 30:21
**Hill** [3] - 3:18, 8:16, 9:2
**himself** [5] - 7:12,

16:11, 16:18, 16:24, 19:25
**history** [15] - 10:21, 14:25, 15:2, 20:25, 22:24, 26:8, 26:10, 27:25, 28:7, 28:8, 28:23, 30:12, 33:6, 34:5, 35:16
**hit** [1] - 29:6
**hold** [1] - 5:21
**holding** [1] - 3:7
**Holmes** [1] - 25:13
**home** [18] - 18:4, 18:24, 19:1, 21:24, 23:1, 23:3, 23:4, 23:7, 23:14, 24:8, 26:22, 27:5, 30:4, 35:21, 38:7, 38:11, 39:23
**Honor** [69] - 2:1, 3:12, 3:19, 3:23, 4:3, 4:6, 5:3, 5:6, 5:9, 5:15, 5:20, 6:3, 6:13, 6:16, 6:23, 7:1, 7:4, 7:7, 7:18, 8:3, 8:6, 8:11, 8:21, 9:10, 11:21, 12:2, 12:4, 12:11, 12:16, 14:13, 15:9, 15:20, 16:10, 16:25, 17:16, 18:13, 19:5, 21:19, 21:25, 22:4, 22:8, 22:14, 24:11, 24:23, 25:18, 25:20, 26:6, 26:7, 26:24, 27:2, 27:14, 27:19, 27:24, 29:22, 30:8, 31:9, 31:15, 31:19, 32:3, 32:18, 32:21, 33:4, 40:7, 40:22, 40:25, 41:9, 41:19, 41:22, 42:20
**HONORABLE** [1] - 1:10
**Honorable** [1] - 2:7
**hope** [3] - 18:11, 24:13, 29:7
**hoped** [1] - 29:18
**hopefully** [1] - 42:16
**hours** [6] - 12:7, 12:9, 18:24, 19:2, 24:9, 38:9
**house** [6] - 16:1, 16:3, 25:24, 30:5, 31:12, 31:18
**housed** [1] - 39:1
**housekeeping** [1] - 11:16
**human** [3] - 28:12, 29:23, 30:20
**humility** [1] - 29:2

## I

**identification** [1] - 37:8
**identified** [2] - 7:25, 8:9
**identifies** [1] - 16:18
**identify** [4] - 3:10, 16:11, 16:23, 16:24
**imagine** [1] - 33:9
**immediate** [1] - 24:25
**immediately** [2] - 13:6, 36:8
**immensely** [1] - 32:7
**immersed** [1] - 32:8
**immigrated** [1] - 33:7
**impact** [2] - 5:16, 6:4
**important** [11] - 16:20, 19:21, 20:7, 20:16, 23:2, 23:6, 23:21, 24:16, 28:20, 34:21, 36:6
**impose** [10] - 10:24, 11:11, 15:25, 23:2, 24:7, 25:25, 26:22, 31:10, 31:17, 39:25
**imposed** [7] - 10:22, 13:9, 23:23, 24:13, 24:18, 34:14, 41:5
**imposing** [2] - 10:16, 12:22
**imposition** [3] - 9:14, 13:2, 31:18
**imprisoned** [1] - 18:4
**imprisonment** [2] - 18:10, 23:4
**IN** [1] - 1:1
**in-person** [1] - 3:4
**incarcerated** [2] - 21:23, 36:25
**incarceration** [5] - 22:11, 23:1, 23:7, 26:23, 35:4
**include** [9] - 10:20, 13:5, 13:9, 18:23, 25:10, 30:4, 30:5, 32:24, 35:22
**includes** [3] - 11:19, 35:20, 35:21
**including** [2] - 21:24, 22:19
**increased** [1] - 23:6
**incredibly** [1] - 31:1
**Indian** [1] - 8:1
**indicated** [2] - 4:20, 16:21
**indicates** [1] - 33:21
**indication** [2] - 21:4, 28:21
**individual** [2] - 21:20,

27:3
**individualized** [2] - 28:13, 30:13
**individuals** [3] - 10:23, 31:3, 31:4
**infant** [1] - 33:2
**inflicted** [1] - 42:15
**influence** [2] - 19:16, 20:11
**information** [7] - 2:11, 13:12, 13:14, 13:25, 14:1, 14:5, 21:3
**informed** [1] - 23:13
**informing** [1] - 24:24
**initial** [1] - 21:23
**instead** [1] - 23:4
**institutions** [1] - 42:10
**intended** [1] - 34:4
**intends** [1] - 31:15
**intent** [1] - 28:16
**interact** [1] - 39:8
**interest** [1] - 23:24
**interested** [1] - 43:21
**interesting** [1] - 26:7
**interests** [2] - 3:3, 3:8
**internment** [2] - 36:10, 36:11
**interviewed** [1] - 29:21
**intoxication** [1] - 27:5
**introduced** [4] - 6:8, 9:25, 13:11, 14:23
**investigating** [1] - 18:15
**investigation** [10] - 6:20, 6:25, 8:14, 10:2, 11:18, 13:23, 14:2, 28:22, 41:14, 41:16
**involved** [1] - 35:25
**issued** [2] - 9:16, 13:15
**issues** [4] - 30:7, 30:12, 34:6, 35:17
**Ivy** [1] - 1:19

## J

**jail** [10] - 22:7, 35:9, 35:22, 36:1, 36:25, 38:6, 38:12, 39:20, 42:3
**January** [1] - 9:21
**Jesus** [1] - 32:8
**joint** [5] - 4:19, 4:25, 15:4, 15:22, 25:21
**jointly** [2] - 20:23, 31:10
**Jordan** [1] - 25:14
**judge** [4] - 12:24,

13:1, 13:15, 14:8
**JUDGE** [1] - 1:11
**judges** [1] - 11:5
**judgment** [4] - 13:5, 36:7, 37:7, 40:15
**judicial** [1] - 39:1
**June** [7] - 4:14, 5:2, 6:8, 9:18, 9:25, 13:12, 14:24
**justice** [3] - 3:4, 21:13, 29:12

## K

**Kaitlyn** [1] - 25:13
**key** [2] - 9:15, 10:25
**kin** [1] - 43:12
**kind** [7] - 14:1, 15:1, 21:6, 32:16, 34:4, 39:15, 42:12
**kindhearted** [1] - 31:6
**kinds** [1] - 19:24
**Kleitsch** [2] - 3:14, 3:17
**KLEITSCH** [1] - 3:19
**knowingly** [1] - 38:25
**known** [2] - 2:16, 4:21
**knows** [1] - 28:22
**Krishna** [1] - 32:8
**KUMAR** [1] - 1:8

## L

**landed** [1] - 27:14
**Lane** [1] - 1:19
**large** [3] - 19:21, 24:25, 29:4
**Larry** [1] - 25:12
**last** [7] - 2:17, 26:14, 30:15, 30:24, 31:19, 32:5, 33:12
**late** [2] - 2:17, 30:3
**law** [4] - 12:19, 12:25, 23:19, 39:10
**lawful** [5] - 6:9, 6:10, 39:6, 40:10, 40:11
**lawfully** [1] - 20:11
**LAWLOR** [1] - 1:18
**learn** [1] - 32:20
**leave** [3] - 16:10, 24:18, 38:25
**Leon** [1] - 36:14
**less** [1] - 19:15
**letter** [6] - 9:24, 14:23, 25:11, 31:25, 32:1
**letters** [3] - 25:10, 25:14, 31:3
**level** [9] - 14:19, 14:20, 14:22, 15:1, 15:11, 22:23, 27:5,

27:18, 28:11
**License** [1] - 37:8
**lied** [4] - 17:10, 21:8, 29:21, 30:1
**lies** [2] - 34:22, 42:1
**life** [13] - 19:12, 27:9, 27:11, 27:16, 28:3, 28:25, 29:5, 29:6, 29:7, 30:16, 30:18, 31:4
**limit** [1] - 20:2
**limitations** [1] - 3:6
**limiting** [1] - 23:7
**Lindsay** [1] - 25:13
**line** [1] - 42:14
**listed** [1] - 41:13
**litany** [1] - 41:11
**live** [1] - 39:3
**local** [1] - 38:17
**located** [1] - 9:2
**location** [2] - 37:21, 37:22
**look** [3] - 32:19, 34:25, 35:13
**looked** [1] - 21:1
**looking** [4] - 20:21, 22:17, 22:18, 22:20
**loud** [1] - 42:9
**love** [1] - 32:13
**loved** [1] - 27:4
**loving** [2] - 26:15, 31:1
**lowest** [1] - 30:16
**luck** [1] - 41:23
**lucky** [1] - 20:10

## M

**machine** [1] - 43:9
**MADIOU** [18] - 1:19, 3:23, 4:2, 5:9, 6:16, 6:23, 8:6, 8:21, 8:23, 9:3, 9:10, 12:16, 15:20, 16:4, 25:18, 40:7, 40:22, 41:22
**Madiou** [24] - 3:24, 3:25, 5:8, 6:15, 6:21, 6:22, 6:23, 6:25, 7:9, 8:4, 8:19, 9:9, 12:12, 15:17, 18:25, 25:5, 25:8, 25:17, 31:21, 37:10, 40:3, 40:19, 41:20
**Madiou's** [1] - 31:25
**mail** [2] - 17:10, 33:14
**major** [2] - 8:18, 38:5
**man** [1] - 31:6
**management** [1] - 8:18
**Management** [1] -

8:25
**mandated** [2] - 14:15, 34:15
**mandatory** [6] - 10:6, 10:10, 38:15, 39:19, 41:4, 42:2
**marked** [2] - 13:24, 14:2
**Martin** [2] - 7:16, 14:17
**MARYLAND** [2] - 1:2, 1:12
**Maryland** [5] - 1:16, 1:20, 2:6, 39:1, 43:4
**Mathur** [33] - 2:9, 2:22, 3:24, 4:4, 4:8, 4:9, 4:13, 6:19, 6:25, 8:8, 8:23, 9:14, 10:14, 11:20, 12:18, 13:19, 14:12, 17:9, 26:4, 26:11, 26:15, 27:8, 27:25, 28:11, 28:17, 29:14, 30:11, 31:15, 31:19, 31:22, 32:22, 40:9, 41:24
**MATHUR** [1] - 1:8
**Mathur's** [5] - 2:24, 28:3, 28:25, 29:17, 30:21
**matter** [10] - 12:13, 16:17, 16:20, 22:6, 24:21, 33:19, 34:11, 35:5, 40:24, 43:7
**matters** [4] - 11:16, 15:7, 15:18, 15:19
**McFarland** [1] - 25:14
**McKENNA** [1] - 1:18
**McLean** [1] - 25:14
**means** [2] - 10:14, 13:19
**meant** [1] - 7:14
**measured** [1] - 22:9
**media** [2] - 24:15, 34:22
**medical** [2] - 13:25, 37:17
**medication** [6] - 11:17, 11:18, 11:22, 12:1, 12:3, 30:14
**medications** [1] - 12:9
**meet** [1] - 26:15
**member** [16] - 5:12, 5:19, 5:25, 6:1, 16:8, 16:12, 16:17, 16:19, 16:22, 19:11, 19:24, 21:20, 21:21, 35:7, 35:25, 42:1
**members** [5] - 13:21, 14:9, 17:9, 21:2, 25:11

8:25
**memo** [1] - 19:20
**memoranda** [2] - 24:6, 30:11
**memorandum** [6] - 5:23, 5:24, 25:8, 26:19, 26:21, 27:23
**mental** [6] - 30:12, 34:5, 35:17, 37:17, 37:25, 39:24
**mentioned** [2] - 11:11, 33:8
**message** [3] - 20:7, 41:25, 42:17
**met** [1] - 17:5
**might** [2] - 20:4, 36:15
**milestone** [1] - 29:6
**minimize** [1] - 26:12
**minor** [1] - 7:10
**minutes** [4] - 21:5, 27:11, 28:4, 28:25
**misinformation** [1] - 34:22
**mistaken** [1] - 22:6
**moment** [3] - 29:19, 29:25, 38:14
**money** [1] - 37:3
**monitored** [1] - 37:20
**monitoring** [4] - 30:5, 37:21, 37:23, 39:23
**month** [2] - 26:22, 27:1
**months** [18] - 16:1, 18:23, 21:24, 23:3, 24:8, 25:24, 26:14, 30:15, 30:24, 31:12, 31:13, 31:18, 32:5, 35:4, 37:21, 38:7, 38:11, 39:23
**morning** [1] - 11:24
**most** [2] - 20:15, 36:6
**mother** [1] - 25:12
**movement** [1] - 20:3
**movie** [1] - 33:22
**MR** [36] - 3:12, 3:13, 4:2, 5:6, 5:9, 5:15, 5:20, 6:3, 6:13, 6:16, 6:23, 7:7, 8:6, 8:21, 8:23, 9:3, 9:10, 12:16, 15:9, 15:20, 16:4, 16:10, 19:5, 22:4, 22:8, 22:14, 22:16, 24:23, 25:18, 40:7, 40:22, 40:25, 41:9, 41:19, 41:22, 42:20
**multi** [1] - 11:7
**multi-step** [1] - 11:7
**multiple** [2] - 19:9, 21:7
**must** [8] - 10:15,

34:23, 34:24, 36:9,
37:2, 37:3, 37:22,
39:8
**MYERS** [20] - 1:14,
3:12, 5:6, 5:15, 5:20,
6:3, 6:13, 7:7, 15:9,
16:10, 19:5, 22:4,
22:8, 22:14, 22:16,
24:23, 40:25, 41:9,
41:19, 42:20
**Myers** [18] - 3:13,
3:16, 5:5, 5:13, 6:2,
6:12, 7:6, 15:8, 16:7,
18:21, 19:4, 24:12,
25:4, 26:2, 27:8,
27:10, 40:24, 41:18
**Myers'** [1] - 15:21

## N

**name** [2] - 4:7, 6:22
**names** [1] - 13:25
**Natalie** [1] - 7:15
**Native** [1] - 8:1
**naturalized** [1] - 33:2
**nature** [5] - 10:21,
17:11, 19:7, 26:11,
31:8
**necessary** [8] - 11:12,
23:19, 25:23, 27:1,
31:14, 38:19, 38:21,
40:1
**need** [3] - 21:17,
22:17, 40:19
**needed** [1] - 5:22
**negative** [1] - 12:8
**Nepal** [1] - 33:1
**never** [7] - 17:20, 26:8,
29:25, 30:21, 33:24,
34:2
**next** [4] - 21:8, 38:8,
40:4, 40:5
**nice** [9] - 3:16, 3:17,
3:20, 3:25, 4:4, 7:19,
7:21, 7:22, 17:3
**NICHOLAS** [1] - 1:19
**Nicholas** [1] - 3:23
**Nikki** [1] - 7:16
**nine** [5] - 26:14, 30:15,
30:24, 31:13, 32:5
**NO** [1] - 1:5
**non** [1] - 23:22
**non-custodial** [1] -
23:22
**none** [1] - 35:24
**normally** [1] - 15:11
**North** [3] - 8:16, 8:24,
9:1
**NORTHERN** [1] - 1:3
**note** [10] - 3:2, 4:10,

5:10, 6:5, 11:17,
17:6, 21:16, 33:1,
40:13, 41:12
**noted** [6] - 10:7, 10:9,
11:5, 19:15, 25:20,
30:25
**NOTES** [1] - 1:24
**notes** [1] - 11:18
**nothing** [3] - 19:7,
19:12, 19:15
**notice** [4] - 5:13, 7:14,
24:17, 33:5
**noticed** [1] - 32:12
**notify** [3] - 39:12,
40:19
**noting** [1] - 42:6
**notion** [1] - 34:8
**November** [3] - 36:21

## O

**objections** [4] - 7:6,
7:9, 7:10, 9:9
**obligations** [1] - 37:19
**obtained** [1] - 21:3
**occasion** [1] - 6:24
**occur** [2] - 17:21,
17:24
**October** [11] - 36:15,
36:16, 36:17, 36:19,
36:20, 37:11, 40:5,
43:17
**OF** [5] - 1:2, 1:5, 1:10,
1:14, 1:24
**offender** [1] - 21:22
**offense** [18] - 10:22,
14:19, 14:21, 15:1,
15:11, 15:13, 17:11,
18:19, 19:8, 22:23,
23:11, 26:9, 26:11,
28:1, 28:15, 31:7,
41:24
**offenses** [1] - 21:14
**OFFICE** [1] - 1:14
**office** [5] - 13:16,
17:24, 19:12, 37:11,
39:22
**Office** [4] - 13:17,
18:16, 24:16, 36:13
**officer** [14] - 3:18,
14:18, 24:10, 37:20,
37:24, 38:2, 38:20,
38:21, 38:25, 39:2,
39:4, 39:5, 39:12,
39:17
**Officer** [1] - 7:15
**OFFICER** [3] - 7:17,
8:3, 9:6
**official** [5] - 14:16,
15:14, 15:15, 21:21,

43:17
**OFFICIAL** [1] - 1:23
**Official** [1] - 43:3
**officials** [4] - 13:20,
19:17, 39:11, 42:11
**one** [13] - 2:11, 5:21,
8:7, 13:12, 14:10,
20:15, 20:22, 26:20,
27:4, 28:8, 29:17,
32:10, 36:23
**one-count** [2] - 2:11,
13:12
**ones** [1] - 22:19
**operate** [1] - 20:6
**opinion** [1] - 10:12
**opinions** [3] - 9:15,
10:25, 11:2
**opponents** [2] - 17:19
**opportunities** [1] -
20:10
**opportunity** [11] -
6:20, 11:14, 25:6,
25:7, 25:19, 26:5,
26:6, 26:14, 26:19,
31:24, 32:6
**opposed** [2] - 7:25,
20:9
**opposite** [1] - 26:9
**order** [9] - 13:6, 13:16,
14:3, 14:11, 36:7,
37:3, 37:7, 38:20,
40:15
**ordered** [2] - 36:2,
37:19
**otherwise** [1] - 13:10
**outcome** [1] - 43:13
**outline** [2] - 9:16, 11:1
**outset** [1] - 22:11
**outside** [1] - 32:12
**own** [5] - 25:7, 31:24,
33:6, 39:14, 40:20

## P

**p.m** [3] - 12:7, 36:17,
42:21
**P.M** [1] - 1:11
**page** [5] - 7:13, 7:24,
14:6, 14:7, 14:18
**pages** [1] - 41:13
**paid** [2] - 40:4, 40:5
**pain** [1] - 42:15
**pandemic** [1] - 2:18
**Paper** [3] - 2:23, 7:10,
25:8
**paragraph** [9] - 4:17,
7:13, 8:14, 9:24,
11:17, 14:6, 14:7,
15:5, 40:9
**parameters** [3] - 2:15,

2:21, 6:10
**parents** [1] - 17:17
**part** [3] - 22:21, 38:23,
42:7
**Part** [1] - 14:2, 14:6
**participate** [1] - 37:25
**participating** [1] -
20:13
**participation** [1] -
38:3
**particular** [2] - 10:4,
29:24
**particularly** [2] - 18:2,
23:12
**parties** [1] - 43:8
**party** [1] - 43:12
**passed** [2] - 2:17,
12:19
**passions** [1] - 28:10
**past** [1] - 9:16
**path** [2] - 30:17, 30:19
**pay** [2] - 37:23, 40:3
**penalty** [1] - 24:17
**people** [1] - 20:8
**per** [1] - 37:3
**percent** [1] - 29:20
**perhaps** [1] - 13:21
**period** [19] - 4:19,
13:22, 15:5, 16:1,
18:23, 22:2, 22:11,
23:1, 23:22, 26:22,
27:1, 27:12, 31:17,
33:17, 36:2, 37:21,
38:5, 38:9, 39:16
**permit** [1] - 33:22
**permitted** [3] - 14:11,
33:24, 35:13
**perpetrated** [1] -
34:23
**person** [4] - 3:4, 29:5,
29:23, 29:25
**personal** [2] - 10:20,
29:16
**personally** [1] - 31:22
**perverse** [1] - 20:17
**ph** [1] - 34:14
**phonetic** [1] - 25:13
**phrase** [1] - 33:20
**picks** [1] - 41:25
**place** [2] - 26:12, 39:3
**placed** [2] - 25:9, 36:3
**Plaintiff** [1] - 1:6
**PLAINTIFF** [1] - 1:13
**play** [1] - 15:22
**plea** [12] - 4:15, 4:17,
4:20, 5:1, 6:7, 9:24,
13:10, 14:22, 32:23,
40:9
**pleas** [1] - 2:20
**pled** [5] - 2:10, 4:13,

29:21, 30:2, 33:11
**point** [17] - 5:4, 5:7,
6:11, 6:14, 8:4, 8:6,
8:9, 11:6, 15:18,
27:4, 28:3, 28:7,
30:16, 35:2, 40:23,
41:17, 41:21
**polar** [1] - 26:9
**polarization** [1] -
32:14
**Police** [5] - 3:15, 3:18,
5:11, 18:15, 20:18
**police** [1] - 27:4
**Policy** [1] - 8:25
**policy** [3] - 13:22,
23:20, 32:23
**political** [7] - 17:18,
17:19, 17:25, 19:19,
20:9, 28:9, 42:9
**politically** [1] - 20:5
**portion** [1] - 14:7
**position** [1] - 19:25
**possess** [2] - 38:18,
39:14
**potential** [1] - 15:2
**practical** [1] - 18:10
**pre** [1] - 37:19
**pre-approved** [1] -
37:19
**precautions** [1] - 37:6
**prepare** [1] - 36:8
**prepared** [1] - 5:16
**preparing** [1] - 13:6
**prescribed** [1] - 11:19
**present** [1] - 16:12
**presentence** [11] -
6:20, 6:25, 8:14,
10:2, 11:17, 13:13,
13:23, 14:1, 14:4,
41:14, 41:15
**presiding** [1] - 2:7
**press** [1] - 27:17
**presume** [1] - 11:5
**pretty** [2] - 21:1, 30:10
**previous** [1] - 35:24
**previously** [4] - 10:5,
21:18, 23:23, 43:7
**principle** [1] - 17:21
**prison** [2] - 15:3, 22:3
**Prisons** [3] - 23:9,
36:12, 39:21
**privately** [1] - 4:1
**Probation** [3] - 7:15,
13:17, 36:13
**probation** [44] - 4:19,
14:17, 15:4, 15:6,
15:23, 15:25, 18:23,
19:1, 24:8, 24:10,
25:22, 31:11, 31:17,
33:18, 34:8, 35:5,

35:12, 35:15, 35:19, 36:3, 36:5, 37:11, 37:14, 37:20, 37:24, 38:2, 38:5, 38:9, 38:16, 38:19, 38:21, 38:23, 38:24, 38:25, 39:2, 39:4, 39:12, 39:16, 39:17, 39:22, 41:5, 41:11
**PROBATION** [3] - 7:17, 8:3, 9:6
**Procedure** [2] - 4:22, 40:16
**procedures** [1] - 12:18
**proceed** [7] - 3:8, 6:6, 6:18, 9:12, 12:14, 16:6, 36:18
**proceeding** [5] - 2:14, 2:25, 3:2, 3:7, 32:24
**PROCEEDINGS** [1] - 1:10
**proceedings** [6] - 3:4, 5:14, 13:7, 36:9, 42:21, 43:6
**process** [6] - 9:13, 9:17, 11:1, 11:7, 11:15, 20:13
**program** [4] - 37:23, 38:1, 38:2, 38:4
**pronouncing** [2] - 4:7, 6:22
**propel** [1] - 30:17
**propriety** [1] - 33:18
**prosecution** [1] - 24:17
**Protect** [5] - 3:1, 12:18, 12:20, 12:23, 14:15
**protect** [1] - 34:24
**protections** [1] - 12:20
**provide** [1] - 35:6
**provided** [3] - 13:13, 32:5, 40:9
**provider** [1] - 38:3
**province** [2] - 24:14, 40:12
**provisions** [3] - 10:8, 10:10, 12:21
**PSR** [1] - 41:3
**psychologist** [1] - 30:14
**Public** [1] - 8:25
**public** [17] - 13:20, 13:21, 16:17, 16:20, 19:12, 19:17, 19:21, 19:25, 20:5, 20:8, 23:8, 23:24, 24:17, 24:24, 24:25, 34:23, 34:24

**punish** [1] - 34:17
**punished** [3] - 34:18, 34:19
**punishment** [4] - 23:10, 25:1, 29:14
**pure** [2] - 29:10, 35:19
**purported** [1] - 19:13
**purposes** [2] - 34:15, 34:25
**pursuant** [4] - 11:7, 14:3, 15:5, 40:15
**put** [2] - 7:22, 19:25

## Q

**questioned** [1] - 39:10
**questions** [1] - 39:3
**quickly** [1] - 7:22
**quite** [2] - 21:19, 34:9
**quoted** [1] - 33:20

## R

**Rabey** [1] - 34:14
**radically** [1] - 32:16
**range** [7] - 11:6, 11:8, 13:10, 35:3, 35:14, 40:13
**rather** [2] - 7:13, 16:15
**RDB-21-0196** [1] - 2:10
**RDB-21-196** [1] - 1:5
**reach** [1] - 4:23
**read** [6] - 25:8, 25:11, 25:14, 31:24, 32:1
**ready** [4] - 6:6, 6:18, 9:11, 16:5
**real** [2] - 26:17, 28:19
**realized** [1] - 32:10
**really** [8] - 19:10, 23:2, 24:14, 26:25, 28:10, 30:14, 30:15, 31:3
**realm** [1] - 20:9
**reason** [3] - 13:9, 26:22, 35:10
**reasonable** [1] - 11:6
**reasons** [3] - 3:4, 13:8, 31:9
**recent** [1] - 41:2
**recently** [1] - 14:4
**recognize** [2] - 25:5, 28:18
**recommend** [1] - 20:24
**recommendation** [7] - 4:19, 4:25, 15:4, 15:6, 15:23, 25:21, 36:4
**recommended** [2] - 31:10, 34:9

**record** [10] - 3:11, 15:1, 16:8, 16:11, 16:18, 16:21, 17:4, 17:7, 22:10, 29:12
**recorded** [1] - 43:9
**reduce** [1] - 22:21
**reference** [2] - 15:12, 33:6
**referenced** [2] - 9:24, 10:1
**reflect** [8] - 17:4, 17:7, 27:11, 30:15, 30:22, 31:3, 31:7, 32:6
**reflected** [3] - 4:18, 7:10, 18:11
**reflects** [2] - 29:6, 40:20
**regard** [1] - 17:12
**regularly** [1] - 30:14
**regulations** [3] - 37:2, 37:22, 38:1
**rehabilitated** [1] - 34:24
**relates** [1] - 5:12
**relating** [1] - 21:21
**relatives** [1] - 13:25
**release** [2] - 21:24, 31:13
**released** [2] - 30:3, 37:1
**Relief** [1] - 2:15
**religious** [1] - 37:17
**remain** [1] - 3:5
**remarks** [2] - 18:18, 25:5
**remembered** [1] - 28:8
**remorse** [2] - 26:17, 29:2
**remorseful** [2] - 31:6, 32:19
**rendered** [2] - 10:5, 10:12
**Renee** [5] - 1:23, 7:20, 43:3, 43:15, 43:16
**reparations** [1] - 24:1
**repeating** [2] - 30:20, 31:11
**report** [12] - 6:20, 6:25, 8:14, 10:2, 11:18, 13:13, 13:23, 14:2, 14:4, 36:24, 41:14, 41:16
**reported** [1] - 43:6
**reporter** [1] - 7:20
**REPORTER** [1] - 1:23
**Reporter** [2] - 43:3, 43:17
**reporting** [1] - 38:24
**represent** [1] - 40:17
**representatives** [2] -

20:13, 34:1
**requested** [2] - 38:10, 38:11
**required** [4] - 12:18, 34:8, 34:9, 37:4
**requirements** [2] - 3:1, 14:14
**requires** [2] - 12:23, 12:25
**residence** [2] - 37:16, 39:5
**respect** [9] - 5:14, 7:8, 8:15, 9:14, 11:16, 12:21, 18:25, 38:13, 38:15
**responded** [2] - 17:9, 30:23
**response** [1] - 29:17
**responsibility** [5] - 14:21, 26:17, 29:2, 30:2, 30:7
**rest** [1] - 27:16
**restricted** [1] - 37:15
**restrictions** [1] - 37:6
**result** [6] - 10:10, 10:12, 18:3, 18:10, 23:15, 32:7
**retained** [1] - 4:1
**review** [9] - 6:20, 6:24, 10:17, 13:20, 14:8, 14:10, 14:16, 26:19, 41:3
**reviewed** [4] - 14:8, 34:5, 34:6, 41:4
**revised** [1] - 14:4
**RICHARD** [1] - 1:10
**Richard** [1] - 2:7
**rights** [1] - 40:8
**rise** [1] - 33:12
**RMR** [2] - 1:23, 43:16
**root** [1] - 32:11
**RPR** [2] - 1:23, 43:16
**Rule** [2] - 4:21, 40:15
**rules** [3] - 37:2, 37:22, 38:1
**Rules** [2] - 4:22, 40:16

## S

**sad** [1] - 19:23
**sanction** [3] - 23:6, 23:17, 35:6
**satisfied** [3] - 7:2, 12:14, 41:10
**schedule** [1] - 3:5
**School** [1] - 8:24
**Science** [1] - 8:17
**scream** [1] - 33:23
**screen** [1] - 16:23
**scrutinized** [1] - 27:9

**seal** [1] - 25:9
**sealed** [1] - 14:5
**second** [4] - 5:21, 11:2, 17:23, 37:13
**Section** [4] - 2:13, 10:20, 34:17, 35:1
**section** [2] - 13:23, 14:4
**sections** [1] - 10:5
**Security** [1] - 2:16
**see** [9] - 3:16, 3:25, 7:19, 7:21, 12:6, 14:11, 16:22, 17:4, 42:3
**seeing** [2] - 30:13, 30:14
**send** [2] - 20:7, 42:16
**sends** [1] - 42:1
**sense** [1] - 29:2
**sent** [2] - 17:11, 33:14
**sentence** [26] - 4:23, 6:10, 9:14, 10:16, 10:24, 11:11, 13:2, 13:8, 15:3, 20:24, 21:10, 22:6, 22:25, 23:21, 24:7, 24:13, 25:22, 31:10, 33:18, 34:8, 34:14, 35:11, 35:19, 40:11
**sentenced** [3] - 21:23, 22:1, 22:2
**sentences** [2] - 10:22, 12:22
**Sentencing** [4] - 13:3, 13:14, 13:18, 14:10
**SENTENCING** [1] - 1:10
**sentencing** [21] - 2:14, 5:23, 5:24, 9:17, 9:23, 10:4, 10:9, 11:1, 11:13, 12:15, 19:20, 22:20, 23:19, 24:6, 25:8, 26:19, 27:23, 28:13, 30:11, 32:24, 34:16
**sentencings** [1] - 2:20
**sentiments** [1] - 31:5
**September** [1] - 2:23
**SEPTEMBER** [1] - 1:11
**serious** [4] - 3:3, 28:6, 28:16, 41:24
**seriously** [3] - 29:19, 30:13, 33:17
**seriousness** [4] - 18:19, 19:8, 24:18, 27:13
**servant** [1] - 20:5
**serve** [1] - 36:9
**served** [8] - 22:2, 22:3,

22:6, 23:1, 24:8, 29:8, 35:11, 36:11
**serves** [1] - 29:15
**service** [10] - 18:24, 19:2, 19:13, 20:1, 23:22, 23:24, 24:2, 24:9, 35:21, 38:10
**services** [2] - 18:15, 37:17
**session** [1] - 2:6
**set** [6] - 14:18, 19:20, 24:5, 29:5, 30:3, 34:16
**seven** [2] - 34:25, 36:18
**shall** [11] - 13:9, 36:11, 36:15, 36:16, 36:17, 36:24, 36:25, 37:15, 37:25, 38:9, 38:22
**shape** [1] - 42:12
**shorthand** [1] - 43:9
**shown** [1] - 23:24
**shows** [1] - 29:22
**sides** [2] - 5:23, 28:9
**SIDHARTHA** [1] - 1:8
**Sidhartha** [1] - 2:9
**significant** [3] - 3:7, 24:21, 27:17
**similar** [5] - 21:2, 21:20, 22:18, 22:19, 36:8
**similarly** [1] - 10:22
**similarly-situated** [1] - 10:22
**simple** [5] - 33:19, 34:11, 35:5, 35:6, 35:9
**simply** [2] - 31:7, 34:7
**sister** [1] - 25:12
**sitting** [1] - 7:15
**situated** [1] - 10:22
**six** [17] - 15:3, 16:1, 18:23, 21:24, 22:24, 23:3, 24:8, 25:24, 26:22, 27:1, 31:11, 31:18, 35:4, 37:21, 38:7, 38:11, 39:23
**six-month** [2] - 26:22, 27:1
**social** [2] - 29:7, 34:22
**socially** [1] - 17:5
**society** [1] - 42:9
**someone** [3] - 20:4, 29:9, 33:22
**somewhere** [1] - 24:20
**sorry** [2] - 32:18, 42:15
**sort** [9] - 20:19, 20:25,

22:21, 23:5, 23:7, 23:8, 29:22, 30:21, 42:3
**space** [1] - 3:6
**speaking** [1] - 27:24
**speaks** [1] - 19:7
**Special** [1] - 3:14
**special** [4] - 38:13, 39:18, 39:19, 40:3
**specific** [1] - 37:5
**specifically** [5] - 3:2, 10:7, 11:5, 12:23, 32:7
**spelled** [1] - 11:25
**spent** [1] - 22:7
**spiralling** [1] - 27:3
**springboard** [1] - 30:16
**staffers** [1] - 19:11
**staffing** [1] - 3:6
**standard** [5] - 28:14, 38:15, 38:24, 39:19, 41:4
**standards** [1] - 42:10
**stands** [1] - 42:18
**starting** [2] - 11:6, 35:2
**state** [7] - 8:22, 8:23, 12:25, 16:8, 30:1, 36:6, 38:17
**statement** [13] - 5:11, 5:16, 5:19, 5:25, 6:1, 6:4, 13:8, 14:19, 16:9, 17:11, 17:12, 29:22, 31:23
**statements** [2] - 2:12, 43:8
**STATES** [4] - 1:1, 1:5, 1:11, 1:14
**States** [25] - 2:5, 2:9, 2:13, 3:13, 3:14, 5:12, 9:15, 9:21, 9:22, 10:20, 10:25, 11:3, 12:24, 13:1, 20:6, 29:4, 29:9, 33:21, 33:24, 34:13, 34:14, 34:17, 35:1, 35:8, 43:4
**statute** [2] - 11:10, 40:12
**stay** [1] - 37:3
**stenographically** [1] - 43:6
**STENOTYPE** [1] - 1:24
**step** [2] - 11:7, 14:16
**Steph** [1] - 25:13
**still** [7] - 3:5, 10:15, 14:15, 23:9, 28:19, 40:13, 42:14

**stone** [1] - 28:23
**Street** [1] - 1:15
**strictly** [1] - 16:19
**stride** [1] - 29:1
**strive** [1] - 32:14
**structure** [5] - 35:13, 35:23, 36:15, 36:24, 37:12
**structured** [1] - 36:1
**subject** [4] - 10:16, 13:20, 20:1, 23:14
**subjected** [1] - 42:11
**submission** [1] - 31:25
**submit** [2] - 31:16, 38:19
**submitted** [1] - 25:15
**substance** [2] - 37:17, 38:18
**succeeding** [1] - 30:18
**sufficient** [5] - 7:3, 11:12, 23:18, 25:22, 35:6
**suggest** [1] - 18:9
**Suite** [2] - 1:15, 1:20
**summarized** [7] - 15:17, 15:21, 19:6, 34:12, 41:7, 41:8, 41:10
**summary** [1] - 13:25
**Sunday** [3] - 36:17, 37:1
**supervise** [1] - 38:3
**supervised** [2] - 21:24, 31:13
**supervising** [1] - 24:10
**supervision** [1] - 43:10
**support** [1] - 31:1
**supporting** [1] - 20:20
**supportive** [1] - 31:2
**supposed** [1] - 20:6
**Supreme** [7] - 9:15, 9:22, 10:1, 10:7, 11:1, 11:4, 33:21
**system** [2] - 19:14, 21:13

## T

**teachings** [1] - 32:8
**technology** [1] - 37:21
**teleconferencing** [2] - 2:19
**telephone** [1] - 42:1
**term** [1] - 36:3
**terms** [15] - 9:5, 10:19, 18:19, 18:21, 21:20,

23:6, 23:8, 24:18, 29:7, 34:21, 35:15, 36:1, 37:11, 38:24, 39:11
**test** [1] - 38:19
**testimony** [1] - 43:8
**testing** [1] - 38:20
**Thanksgiving** [1] - 36:22
**THE** [84] - 1:1, 1:2, 1:10, 1:13, 1:14, 1:17, 2:1, 2:3, 2:5, 2:8, 3:16, 3:20, 3:25, 4:4, 4:6, 4:7, 4:9, 4:10, 4:12, 4:13, 5:3, 5:4, 5:7, 5:10, 5:18, 5:21, 6:5, 6:14, 6:17, 6:24, 7:1, 7:2, 7:4, 7:5, 7:8, 7:19, 8:4, 8:8, 8:11, 8:13, 8:22, 9:1, 9:4, 9:8, 9:11, 11:21, 11:22, 11:24, 11:25, 12:2, 12:3, 12:4, 12:5, 12:6, 12:8, 12:11, 12:12, 12:17, 14:13, 14:14, 15:15, 16:2, 16:5, 16:15, 17:3, 18:17, 22:1, 22:5, 22:12, 22:15, 24:12, 25:4, 31:21, 32:3, 32:22, 33:1, 33:4, 33:5, 40:8, 40:23, 41:7, 41:10, 41:20, 41:23
**theater** [1] - 33:22
**themselves** [2] - 3:10, 23:14
**therapist** [1] - 30:13
**thereafter** [1] - 43:10
**thereof** [1] - 43:13
**thinks** [1] - 27:20
**thirdly** [1] - 37:25
**thoroughly** [1] - 30:10
**thoroughness** [1] - 28:22
**threat** [9] - 5:12, 15:15, 17:1, 17:7, 17:8, 18:3, 18:7, 18:16, 34:4
**threaten** [1] - 17:18
**threatened** [1] - 33:14
**threatening** [3] - 15:13, 17:19, 18:2
**threatens** [2] - 35:7, 42:1
**threats** [11] - 17:24, 19:10, 19:18, 19:24, 20:2, 21:20, 28:17, 28:24, 33:13, 33:25, 35:25

**three** [2] - 11:3, 12:7
**THURSDAY** [1] - 1:11
**ticket** [1] - 39:11
**time-served** [1] - 22:6
**today** [10] - 2:14, 3:2, 5:16, 10:19, 10:24, 11:9, 12:3, 12:15, 17:22, 26:3
**today's** [1] - 19:19
**took** [3] - 12:6, 12:7, 26:12
**total** [4] - 14:21, 15:1, 36:9, 36:18
**totally** [1] - 42:8
**toxic** [6] - 17:25, 33:9, 33:10, 34:22, 42:7
**traffic** [1] - 39:11
**transcribed** [1] - 43:10
**TRANSCRIPT** [1] - 1:10
**transcript** [1] - 43:6
**TRANSCRIPTION** [1] - 1:24
**transcription** [1] - 43:11
**treated** [1] - 24:22
**treatment** [7] - 35:18, 37:18, 38:1, 38:3, 39:24, 42:12
**tremendous** [2] - 26:15, 29:13
**true** [1] - 43:5
**truly** [1] - 32:6
**truthfully** [1] - 39:3
**trying** [1] - 26:12
**Tucker** [1] - 3:14
**Tuesday** [1] - 2:24
**two** [24] - 4:19, 7:9, 9:15, 9:20, 10:4, 10:25, 11:2, 12:9, 14:20, 15:5, 15:23, 18:22, 19:1, 21:23, 22:16, 24:7, 25:21, 28:2, 31:10, 31:17, 36:3, 38:5
**two-and-a-half** [1] - 12:9
**two-level** [1] - 14:20
**two-year** [3] - 4:19, 18:22, 38:5
**type** [1] - 39:20

## U

**U.S** [15] - 2:17, 5:11, 7:14, 12:19, 13:3, 13:17, 13:18, 14:9, 14:17, 18:15, 24:16, 34:16, 36:13, 38:25, 39:21

**Ulander** [4] - 13:7, 36:6, 36:9, 36:23
**ultimately** [1] - 32:18
**unable** [1] - 21:1
**unacceptable** [1] - 42:8
**under** [12] - 4:21, 10:19, 11:10, 23:17, 24:3, 25:2, 25:9, 25:15, 34:11, 35:1, 35:14, 43:10
**underlying** [1] - 15:13
**unfortunately** [3] - 27:13, 28:11, 30:19
**unifying** [1] - 32:14
**UNITED** [4] - 1:1, 1:5, 1:11, 1:14
**United** [25] - 2:5, 2:9, 2:13, 3:12, 3:14, 5:12, 9:15, 9:21, 9:22, 10:19, 10:25, 11:3, 12:24, 13:1, 20:6, 29:4, 29:9, 33:20, 33:24, 34:13, 34:14, 34:16, 35:1, 35:7, 43:4
**University** [3] - 8:16, 8:24, 9:1
**unless** [1] - 39:1
**unreasonableness** [1] - 10:17
**unturned** [1] - 28:23
**unwarranted** [4] - 21:17, 22:17, 22:18, 22:22
**up** [6] - 7:22, 16:19, 24:16, 28:3, 38:20, 41:25
**upheld** [2] - 9:22, 10:3
**urged** [1] - 18:22
**useful** [1] - 16:18

**V**

**V-A-R-N-U-M** [1] - 22:13
**V-Y-V-A-N-S-E** [1] - 11:25
**VALLANDINGHAM** [3] - 7:17, 8:3, 9:6
**Vallandingham** [5] - 7:15, 7:16, 7:24, 9:5, 36:13
**Vallandingham's** [1] - 13:16
**Varnum** [6] - 22:12, 26:21, 26:25, 27:2, 27:22, 35:11
**verify** [1] - 6:19
**verifying** [1] - 5:22

**victim** [8] - 5:13, 5:15, 5:16, 6:4, 16:11, 19:8, 19:15, 19:23
**victims** [1] - 18:8
**video** [1] - 2:19
**view** [11] - 5:4, 5:7, 6:11, 6:14, 8:5, 8:9, 15:18, 28:15, 40:24, 41:17, 41:21
**views** [1] - 32:17
**violation** [1] - 2:12
**violence** [6] - 17:20, 18:7, 19:10, 19:17, 28:24
**virtually** [1] - 3:24
**visit** [1] - 39:5
**visits** [1] - 37:18
**voicemail** [2] - 17:8, 33:13
**voices** [2] - 20:11, 42:9
**vs** [4] - 2:9, 9:21, 11:3, 34:14
**vyvanse** [1] - 11:24
**Vyvanse** [1] - 12:1

**W**

**waive** [1] - 6:9
**waived** [1] - 40:10
**waiver** [1] - 2:22
**waiving** [1] - 2:24
**walks** [1] - 31:4
**wants** [2] - 16:11, 26:6
**warranted** [1] - 23:12
**Washington** [4] - 13:4, 13:18, 13:20, 14:10
**ways** [1] - 20:17
**weapon** [1] - 39:16
**web** [2] - 17:10, 33:14
**week** [1] - 2:24
**weekend** [2] - 36:22
**weekends** [10] - 36:1, 36:10, 36:11, 36:18, 36:19, 36:23, 37:15, 38:6, 38:12, 39:20
**weighing** [2] - 20:23, 21:10
**weight** [1] - 21:11
**whereby** [1] - 4:22
**whiff** [1] - 30:19
**whole** [2] - 24:1, 28:10
**wholeheartedly** [1] - 26:4
**wife** [1] - 18:4
**win** [2] - 32:17
**win-win** [1] - 32:17
**wise** [1] - 25:3
**wish** [3] - 31:23,

41:23, 42:14
**witnesses** [1] - 43:8
**word** [1] - 31:19
**words** [1] - 27:10
**world** [4] - 20:3, 32:12, 32:13, 32:17
**written** [1] - 6:4
**wrongful** [1] - 24:24
**Wysoll** [1] - 25:12

**Y**

**year** [10] - 2:17, 4:14, 4:19, 12:20, 14:23, 18:22, 33:13, 38:5, 40:5
**years** [14] - 9:16, 11:3, 15:5, 15:23, 19:1, 21:23, 24:7, 25:21, 28:3, 30:18, 31:10, 31:17, 35:15, 36:3
**yourself** [2] - 20:1, 20:12

**Z**

**ZACHARY** [1] - 1:14
**Zachary** [1] - 3:13
**Zone** [2] - 22:23, 23:4
**Zoom** [2] - 2:25, 3:9